# SCHEDULE B

**SCHEDULE B**

*(Contract One: AUG II, LLC - SWINERTON)*     **PROFIT DISTRIBUTED**

| | |
|---|---|
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein, Trustees)* | $218,551.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein, Trustees) | $60,000.00 |
| AUG Partners, LLC | $45,000.00 |
| Stuart Cohen | $26,250.00 |
| Hyatt Family Limited Partnership | $18,750.00 |
| Dixie Plumbing Service, Inc. | $18,750.00 |
| Jay Marmer | $15,000.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | $24,000.00 |
| Lewis Slayton | $14,400.00 |
| Jeffrey Stein | $14,400.00 |
| Financial Security Services, L.L.C. | $13,400.00 |
| Thomas J. Ryan Investment Brokers, Inc. | $12,000.00 |
| Financial Security Services Defined Benefit Plan | $9,000.00 |
| Charles Weeder | $7,500.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust) | $7,500.00 |
| Jay Marmer & Shirley Marmer | $12,000.00 |
| Strategem Associates, Inc. | $7,000.00 |
| Baystate Capital, LLC | $88.00 |
| Mark Marmer | $6,000.00 |
| Robert Klein | $6,000.00 |
| Gary Slayton | $6,000.00 |
| Michael Stein | $6,000.00 |
| Stefani Marmer | $6,000.00 |
| Jeremy Marmer | $3,600.00 |
| Elaine Stein, Successor Trustee (Paul Slayton Trust) | $3,000.00 |
| Gayle Brown | $2,400.00 |
| *Total "Profits" Transferred for Contract One* | **$562,589.00** |

*\*Debtor transferred Robert Stein Revocable Trust U/A dated 01/06/1992 Capital of $195,000.00 to the trust on 3/10/2009.*