# SCHEDULE F

## SCHEDULE F

### (Contract 4: AUG II, LLC - SWINERTON)

| | CLOSING | INVESTED |
|---|---|---|
| Baystate Capital, LLC | 5/13/2009 | $50,000.00 |
| Charles Weeder | 5/13/2009 | $100,000.00 |
| Dixie Plumbing Service, Inc. | 5/13/2009 | $250,000.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein, Trustees) | 5/13/2009 | $500,000.00 |
| Elaine Stein, Successor Trustee (Paul Slayton Trust) | 5/13/2009 | $25,000.00 |
| Gary Slayton | 5/13/2009 | $50,000.00 |
| Gayle Brown | 5/13/2009 | $20,000.00 |
| Hyatt Family Limited Partnership | 5/13/2009 | $250,000.00 |
| Jay Marmer & Shirley Marmer | 5/13/2009 | $100,000.00 |
| Jeffrey Stein | 5/13/2009 | $120,000.00 |
| Jeremy Marmer | 5/13/2009 | $30,000.00 |
| Lewis Slayton | 5/13/2009 | $120,000.00 |
| Mark Marmer | 5/13/2009 | $50,000.00 |
| Marmer Family Trust (Jay Marmer and Stefani Marmer, Co-Trustees) | 5/13/2009 | $570,000.00 |
| Michael Stein | 5/13/2009 | $50,000.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | 5/13/2009 | $100,000.00 |
| Robert Klein | 5/13/2009 | $50,000.00 |
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein, Trustees) | 5/13/2009 | $940,000.00 |
| Stuart Cohen | 5/13/2009 | $350,000.00 |
| *Total Invested for AUG II, LLC - SWINERTON 5/13/2009 Contract* | | **$3,725,000.00** |