# SCHEDULE N

## SCHEDULE N

| *AUG Partners: Intentional Fraudulent Transfers, 2009)* | **Amount** |
|---|---|
| Robert Stein | $37,871.00 |
| Elaine Stein | $37,871.00 |
| Michael Stein | $37,871.00 |
| Jeffrey Stein | $37,872.00 |
| | |
| *TOTAL INTENTIONAL FRAUDULENT TRANSFERS, 2009* | $151,485.00 |