# SCHEDULE O

## SCHEDULE O
### TOTAL FALSE PROFITS

| | FALSE PROFITS |
|---|---|
| AUG Partners, LLC | $338,425.00 |
| Barry Gorsun | $3,750.00 |
| B. James Doerksen | $9,750.00 |
| Baystate Capital, LLC | $13,688.00 |
| Bruce J. Etkin Revocable Living Trust | $15,000.00 |
| Cat's Paw Trust | $11,250.00 |
| Charles Weeder | $22,500.00 |
| Deborah Yalowitz Haile & Howard McDonald Haile | $22,500.00 |
| Dixie Plumbing Service, Inc. | $111,250.00 |
| Edward B. Caudill | $7,500.00 |
| Edward Harwood | $8,550.00 |
| Elaine Stein | $96,768.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein, Trustees) | $180,000.00 |
| Elaine Stein, Successor Trustee (Paul Slayton Trust) | $8,500.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | $28,750.00 |
| Financial Security Services, LLC | $73,200.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | $48,000.00 |
| Gary Slayton | $17,000.00 |
| Gayle Brown | $6,800.00 |
| Gilbert E. Hyatt, IV | $25,750.00 |
| Haley Family Limited Partnership | $37,000.00 |
| Hyatt Family Limited Partnership | $116,475.00 |
| Jason Lieblich | $7,500.00 |
| Jay Marmer & Shirley Marmer | $27,000.00 |
| Jay Marmer | $101,600.00 |
| Jeffrey Chizmas | $18,750.00 |
| Jeffrey Stein | $48,825.00 |
| Jeremy Marmer | $14,400.00 |
| Jeffrey D. Webster | $8,625.00 |
| Jess D. Kravitz | $22,500.00 |
| Joshua Marmer & Tovah Marmer | $5,250.00 |
| Kirk Elyakin & Merilyn Elyakin | $7,500.00 |
| Leon Hoffman (Debra Hoffman, Trustee) | $37,500.00 |
| Lewis Slayton | $40,800.00 |
| Marcus Family Partnership | $15,000.00 |
| Mark Marmer | $17,000.00 |
| Marmer Family Trust (Jay Marmer and Stefani Marmer, Co-Trustess) | $93,000.00 |
| Matthew Greer | $10,800.00 |
| Michael Stein | $18,000.00 |
| N. Louis Shipley | $7,500.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | $22,500.00 |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | $18,750.00 |
| Richard Kadingo & Jill Kadingo | $52,500.00 |
| Robert H. Fier | $45,000.00 |
| Robert Jerome & Nancy Adelis | $27,500.00 |
| Robert Klein | $22,250.00 |
| Robert Stein | $97,018.00 |
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein, Trustees) | $444,151.00 |
| Stefani Marmer | $9,750.00 |
| Strategem Associates, Inc. | $56,000.00 |
| Stuart Cohen | $78,750.00 |
| Morgan Stanely & Co., Inc. (Stuart Cohen, Beneficiary) | $11,250.00 |
| Sidney Richman | $322,500.00 |
| Thomas C. Almy | $21,750.00 |
| Thomas J. Ryan Investment Brokers, Inc. | $64,164.00 |
| | $2,997,789.00 |