**UNITED STATES BANKRUPTCY COURT**
**District of Connecticut**

In Re:  Michael S. Goldberg, L.L.C
Debtor(s)

                                            Case No.: 09−23370
                                            Adv. Proc. No. 11−02013
                                            Judge: Albert S. Dabrowski

James Berman
Plaintiff(s)

v.

Stuart J. Cohen et al.
Defendant(s)

**SUMMONS AND NOTICE OF TRIAL IN AN**
**ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

_____
Address of the Clerk
450 Main Street
7th Floor
Hartford, CT 06103
_____

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

_____
Name and address of Plaintiff's Attorney
Jeffrey Hellman
Zeisler & Zeisler
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605
_____

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

_____

450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103

on 8/30/11, at 10:00 AM
_____

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: February 14, 2011



                                                                             *Deborah S. Hunt*

                                                                Clerk, U.S. Bankruptcy Court

**CERTIFICATE OF SERVICE**

Case Number: 11−02013

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

_____ Mail Service: Regular, first class United States mail, postage fully pre−paid addressed to:


_____ Personal Service: By leaving the process with defendant or with an officer or agent of the defendant at:


_____ Residence Service: By leaving the process with the following adult at:


_____ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


_____ Publication:    The defendant was served as follows:   Describe briefly:


_____ State Law:   The defendant was served pursuant to the laws of the State of _____, as follows:   Describe briefly:


If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.


_____                                                                                           _____
Date

_____
Print Name
_____
Business Address
_____
City            State            Zip
_____

# CERTIFICATE OF NOTICE

```
District/off: 0205-2          User: ldurrenbe              Page 1 of 1                  Date Rcvd: Feb 14, 2011
Case: 11-02013                Form ID: trsum               Total Noticed: 1

The following entities were noticed by first class mail on Feb 16, 2011.
pla          +James Berman,   Zeisler & Zeisler,   558 Clinton Avenue,   P.O. Box 3186,
               Bridgeport, CT 06605-0186
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2011**                    **Signature:** _Joseph Speetjens_