## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD

| | |
|---|---|
| In re | Chapter 7 |
| **MICHAEL S. GOLDBERG, LLC and MICHAEL S. GOLDBERG,** | **Case No. 09-23370 (ASD)** <br>    **09-23371 (ASD)** |
| Debtors. | **Jointly Administered Under Case No. 09-23370** |
| **JAMES BERMAN, CHAPTER 7 TRUSTEE,** <br>        Plaintiff, <br> v. <br> **AUG LLC, et al,** <br>        Defendants. | **ADV. PROC. NO. 11-02013 (ASD)** <br><br><br> **March 7, 2011** |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby appears in this action for Jeffrey Chizmas and requests that all notices, pleadings, orders, proposed orders, memoranda, statements, plans, and any other documents filed, served, or required to be filed or served in the above captioned Adversary Proceeding be served upon:

> Denise R. Polivy
> Baker O'Sullivan & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT  06109-2371

**DENISE R. POLIVY**

By /s/ Denise R. Polivy
    Denise R. Polivy (ct19676)
    Baker O'Sullivan & Bliss PC
    Putnam Park, Suite 100
    100 Great Meadow Road
    Wethersfield, CT  06109-2371
    Tel: (860) 258-1993
    Fax: (860) 258-1991
    polivy@boblawyers.com