UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re: Michael S. Goldberg, L.L.C  
Debtor(s)

Chapter 7  
Case No.:  09-23370  
Adversary No. 11-02013

James Berman  
           Plaintiff(s)

PRETRIAL ORDER DUE DATE: 03/17/2011  
TRIAL DATE: 08/30/11 at 10:00 AM

v.  
Strategem Associates, Inc.  
Defendant( s)

## PRETRIAL ORDER

APPEARANCES:  
Jeffrey Hellman,                                                       Attorney for Plaintiff

Strategem Associates, Inc.                                    Attorney for Defendant

1. PROCEDURE

      It is determined, pursuant to 28 U.S.C.§157(b)(3), that the above captioned adversary proceeding is a [check one]: _X_ core proceeding, see 28 U.S.C. §157(b)(2), 11 U.S.C.§ 548(a)(1)(A), 548(a)(I)(B), 544, 547.

proceeding related to a case under title 11 as to which the parties have consented to the entry of appropriate orders and judgments by a bankruptcy judge, see 28 U.S.C. §157(c)(2).

2. PLEADINGS
    a)     Answer or Response Date:     __April 1, 2011__
    b)     Other: Date:     _

3. DISCOVERY
    a) Unless otherwise ordered, all discovery shall be completed and closed by the 31st day of July, 2011 ("Discovery Bar Date").

4. TRIAL MEMORANDA
    Unless ordered by the court, no pretrial or post trial memoranda shall be filed. All memoranda that are ordered by the court shall be no longer than ten pages (double spaced on 8-1/2 x II" paper with 12 pt. font) and shall be exchanged, filed and a copy delivered to chambers no later than the date ordered. A certificate of service shall be filed with each memorandum.

5. WITNESSES AND EXHIBITS
    A list of witnesses with a short statement of the testimony of each and a list of exhibits shall be exchanged, filed, and delivered to chambers no later than 5 days after the Discovery Bar Date. A copy of each exhibit, corresponding to the appropriate exhibit list, shall be exchanged but not filed or delivered to chambers. In complying with this paragraph, plaintiff's exhibits shall be marked alphabetically, and defendant's exhibits shall be marked numerically. A party may not call a witness who is not on that parties list of witnesses. No exhibits shall be admitted into evidence unless there has been compliance with this paragraph. No expert witness may testify unless a detailed, signed statement of that expert's opinion has been exchanged, filed and delivered to chambers no later than 5 days after the Discovery Bar Date, the filing of lists of witnesses and exhibits and experts' reports in compliance with this paragraph shall be accompanied by a certification of service.

6. TRIAL CONFIRMATION
    The plaintiff shall ascertain whether it is likely that the trial will proceed as scheduled and shall report that information to the judge's chambers the Wednesday before the Trial Date.

7. SETTLEMENT CONFERENCE
    If appropriate, the court shall conduct a pretrial conference at which an attempt will be made to settle the controversy or narrow the issues. Counsel shall attend fully authorized to make a final demand or offer and shall either be accompanied by the person or persons authorized and competent to accept or reject a settlement proposal or such persons shall be available by telephone.

8. BENCH COPIES OF EXHIBITS
    At the commencement of the trial, each party shall deliver to the court two copies of each exhibit exchanged pursuant to paragraph 5.

9. SANCTIONS
    Failure to comply with any provision of this Order may result in the dismissal of the adversary proceeding, the entry of default, or the imposition of sanctions or other appropriate relief.

CONSENT
For the Plaintiff

_____        Dated:  03/08/2011
Jeffrey Hellman
Zeisler & Zeisler, P.C.

For the Defendant


_____        Dated:_____



Dated:                                   _____
                                         Albert S. Dabrowski
                                         United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL S. GOLDBERG, LLC<br>MICHAEL S. GOLDBERG<br><br>      Debtors. | ) Chapter 7<br>)<br>) Case No. 09-23370 (ASD)<br>)      09-23371 (ASD)<br>)<br>) Jointly Administered Under<br>) Case No. 09-23370<br>) |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE<br>ESTATES OF MICHAEL S. GOLDBERG, LLC, and MICHAEL<br>S. GOLDBERG<br><br>      Plaintiff,<br>v.<br><br>STUART J. COHEN, et al.<br><br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adv. Pro. No. 11-02013<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that copies of the Pretrial Order as to Strategem Associates, Inc. was served via the Court's electronic CM/ECF system on March 8, 2011 on all parties and/or counsel of record. This is also to certify that on March 8, 2011, copies were sent by United States Postal Service, first-class mail copies of the above to the following:

Strategem Associates, Inc.
c/o Stuart Cohen, President
26 Chestnut Street, Suite 2-H
Andover, MA 01810

Dixie Plumbing Service, Inc.
Haley Family Limited Partnership
Hyatt Family Limited Partner
Gilbert E. Hyatt, III, General Partner of Haley Family Limited Partnership
Gilbert E. Hyatt, III, as General Partner of Hyatt Family Limited Partnership
Gilbert E. Hyatt, IV
Patti R. Hyatt, as General Partner of Haley Family Limited Partnership
Patti R. Hyatt, as General Partner of Hyatt Family Limited Partnership
**c/o Patrick S. Scott, Esquire**
Gray Robinson, P.A.
401 East Las Olas Boulevard
Suite 1850
P.O. Box 2328
Fort Lauderdale, Florida 33301

AUG II, LLC
c/o Carl G. Santangelo, Esq., Agent
Rice Pugatch Robinson & Schiller, P.A.
101 N.E. Third Avenue
Suite 1800
Fort Lauderdale, FL  33301

AUG LLC
c/o Carl G. Santangelo, Esq., Agent
Rice Pugatch Robinson & Schiller, P.A.
101 N.E. Third Avenue
Suite 1800
Fort Lauderdale, FL  33301

AUG Partners, LLC
c/o Carl G. Santangelo, Esq., Agent
Rice Pugatch Robinson & Schiller, P.A.
101 N.E. Third Avenue
Suite 1800
Fort Lauderdale, FL  33301

Nancy Adelis
3863 Ridgecrest Drive
Southport, NC 26461-9059

Thomas Almy
10998 Big Canoe
Big Canoe, GA 30143

Gayle Brown
8 Whiting Lane
Hingham, MA 02043

Bruce J. Etkin, as Trustee of Bruce J. Etkin Revocable Living Trust
7125 East Lincoln Drive, #105
Scottsdale, AZ 85353

Edward B. Caudill
13507 47th Avenue CT, N.W.
Gig Harbor, WA 98332

Jeffrey Chizmas
2401 Lewis O. Gray Drive
Saugus, MA 01906

Stuart J. Cohen
5 Paddock Lane
Andover, MA 01810

Debra Hoffman, Trustee of Hoffman Family Trust
3005 Pinhorn Drive
Bridgewater, NJ 08807

3

B. James Doerksen
2320 87th Street Ct. N.W.
Gig Harbor, WA 98332

Elliott D. Pollack, as Beneficiary, Administrator, Manager or Trustee of Property
Administration Specialists Inc. 401(k) Plan F/B/O Elliot D. Pollack
7505 East 6th Avenue, #100
Scottsdale, AZ 85251

Kirk Elyakin
115 Avignon Road
Monroe, NJ 08831

Marilyn Elyakin
115 Avignon Road
Monroe, NJ 08831

Robert H. Fier
2670 N.W. Collins Cove Road
Stuart, FL 34994

Financial Security Services Defined Benefit Plan
c/o Jay L. Marmer
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Financial Security Services Defined Benefit Plan f/b/o Steven E. Marcus
c/o Jay Marmer
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Financial Security Services Defined Benefit Plan for the Benefit of Jay Marmer
c/o Jay L Marmer
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

4

Financial Security Services, LLC
c/o Jay L. Marmer
10256 Allamanda Circle
Palm Beach Gardens, FL 33410


Barry Gorsun
333 North Ocean Boulevard, Unit 1810
Deerfield Beach, FL 33441

Matthew Greer
2950 S.W. 27th Avenue
Miami, FL 33133

Deborah Yalowitz Haile
2809 Daniel Avenue
Dallas, TX 75205

Howard McDonald Haile
2809 Daniel Avenue
Dallas, TX 75205

Edward Harwood
4100 Galt Ocean Drive, Apt. 614
Fort Lauderdale, FL 33308

Jay Marmer, as Trustee of Financial Security Services Defined Benefit Plan
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Jay Marmer, as Trustee of Financial Security Services Defined Benefit Plan F/B/O Jay Marmer
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Jay Marmer, as Trustee of Financial Security Services Defined Benefit Plan F/B/O Steven E. Marcus
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

5

Jay Marmer, as Trustee of Marmer Family Trust
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Robert Jerome
3863 Ridgecrest Drive
Southport, NC 28461-9059

Jill S. Kadingo
259 East River Park Drive
Jupiter, FL 33477

Richard M. Kadingo
259 East River Park Drive
Jupiter, FL 33477

Robert Klein
216 Marina Lane
Willsboro, NY 12996

Jess Kravitz
14743 North 98th Street
Scottsdale, AZ 85260

Jason Lieblich
37 Black Burnian Road
Lincoln, MA 01773

Marcus Family Partnership
c/o Steven E. Marcus, General Partner
6110 Paddock Lane
Cumming, GA 30040

Mark Moskowitz, Trustee of Cat's Paw Trust
6229 Mountain View Road
Paradise Valley, AZ 85253

Jay Marmer

6

10256 Allamanda Circle
Palm Beach Gardens, FL 33140

Jeremy Marmer
921 South Carriageway Lane
Palatine, IL 60067

Joshua Marmer
145 West 67th Street, Apt. 38K
New York, NY 10023

Mark Marmer
240 East 76th Street, Apt. 11B
New York, NY 10021

Shirley Marmer
7836 Sailing Shores Terrace
Boynton Beach, FL 33437

Stefani J. Marmer
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Tovah Marmer
145 West 67th Street, Apt. 38K
New York, NY 10023

Morgan Stanley & Co., Incorporated, as Custodian of Stuart Cohen IRA
125 High Street, 24th Floor
Boston, MA 02110

Peter P. Carbone, as Trustee of Peter P. Carbone Trust
5550 North Ocean Drive, #12B
Singer Island, FL 33404

Property Administration Specialists 401(k) Plan f/b/o Mr. Elliot D. Pollack
7505 East 6th Avenue, #100
Scottsdale, AZ 85251

7

Sidney Richman
1043 Grand Isle Terrach
Palm Beach Gardens, FL 33418

N. Louis Shipley
3 Paddock Lane
Andover, MA 01810

Stefani J. Marmer, as Trustee of Marmer Family Trust
10256 Allamanda Circle
Palm Beach Gardens, FL 33410

Steven E. Marcus, as General Partner of Marcus Family Partnership
6110 Paddock Lane
Cumming, GA 30040

Stuart J. Cohen, Beneficiary of Stuart J. Cohen IRA
5 Paddock Lane
Andover, MA 01810

Thomas J. Ryan Investment Brokers Inc.
c/o Carl G. Santangelo, Esq., Agent
3000 North Federal Highway, Suite 200
Fort Lauderdale, FL 33306

Jeffrey Webster
11100 Maverick Lane
Reno, NV 89511

Charles Weeder
3318 Eagles Trace
Cypress Gardens, FL 33884

Dated at Bridgeport, Connecticut this 8th day of March, 2011.

        JAMES BERMAN, CHAPTER 7 TRUSTEE
        FOR THE ESTATES OF
        MICHAEL S. GOLDBERG AND
        MICHAEL S. GOLDBERG, LLC


By   /s/Jeffrey Hellman
      Jeffrey Hellman (ct04102)
      Lawrence S. Grossman (ct15790)
      ZEISLER & ZEISLER, P.C.
      558 Clinton Avenue
      Bridgeport, Connecticut 06605
      (203) 368-4234
      (203) 367-9678 (fax)
      jhellman@zeislaw.com