## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD

| | |
|---|---|
| In re | Chapter 7 |
| **MICHAEL S. GOLDBERG, LLC and MICHAEL S. GOLDBERG,** | **Case No. 09-23370 (ASD)**        **09-23371 (ASD)** |
| Debtors. | **Jointly Administered Under Case No. 09-23370** |
| **JAMES BERMAN, CHAPTER 7 TRUSTEE,** | **ADV. PROC. NO. 11-02013 (ASD)** |
| Plaintiff, | |
| v. | |
| **AUG LLC, et al,** | **March 16, 2011** |
| Defendants. | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The undersigned hereby appears in this action for defendant Gary Slayton and requests that all notices, pleadings, orders, proposed orders, memoranda, statements, plans, and any other documents filed, served, or required to be filed or served in the above captioned Adversary Proceeding be served upon:

> Denise R. Polivy
> Baker O'Sullivan & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT  06109-2371

**DENISE R. POLIVY**

By /s/ Denise R. Polivy
> Denise R. Polivy (ct19676)
> Baker O'Sullivan & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT  06109-2371
> Tel: (860) 258-1993
> Fax: (860) 258-1991
> polivy@boblawyers.com