**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD**

| | |
|---|---|
| In re<br>**MICHAEL S. GOLDBERG, LLC** and<br>**MICHAEL S. GOLDBERG,**<br>    Debtors. | Chapter 7<br>Case No.  09-23370 (ASD)<br>          09-23371 (ASD)<br>**Jointly Administered Under**<br>Case No. 09-23370 |
| **JAMES BERMAN, CHAPTER 7 TRUSTEE,**<br>    Plaintiff,<br>v.<br>**AUG LLC, <u>et al</u>,**<br>    Defendants. | ADV. PROC. NO. 11-02013 (ASD)<br><br><br>March 16, 2011 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The undersigned hereby appears in this action for defendant Lewis Slayton and requests that all notices, pleadings, orders, proposed orders, memoranda, statements, plans, and any other documents filed, served, or required to be filed or served in the above captioned Adversary Proceeding be served upon:

> Denise R. Polivy
> Baker O'Sullivan & Bliss PC
> Putnam Park, Suite 100
> 100 Great Meadow Road
> Wethersfield, CT  06109-2371

                              **DENISE R. POLIVY**

                              By <u>/s/ Denise R. Polivy</u>
                                  Denise R. Polivy (ct19676)
                                  Baker O'Sullivan & Bliss PC
                                  Putnam Park, Suite 100
                                  100 Great Meadow Road
                                  Wethersfield, CT  06109-2371
                                  Tel: (860) 258-1993
                                  Fax: (860) 258-1991
                                  polivy@boblawyers.com