UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re:<br><br>MICHAEL S. GOLDBERG, LLC<br>MICHAEL S. GOLDBERG<br><br>Debtors. | Chapter 7<br><br>Case No. 09-23370 (ASD)<br>       09-23371 (ASD)<br><br>Jointly Administered Under<br>Case No. 09-23370 |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE ESTATES OF MICHAEL S. GOLDBERG, LLC, and MICHAEL S. GOLDBERG<br><br>    Plaintiff,<br>v.<br><br>STUART J. COHEN, et al.<br><br>    Defendants. | <br><br><br><br><br><br>Adv. Pro. No. 11-02013 |

### ORDER ON MOTION TO APPROVE SETTLEMENT AGREEMENT AND ORDER REGARDING PREFERENCE CLAIMS AGAINST MATTHEW GREER

The Chapter 7 Trustee's Motion to Approve Settlement Agreement Regarding Preference Claims Against Matthew Greer (the "Motion") having come before the Court, the Court having reviewed the Motion, and there being due and sufficient notice and cause to grant the relief sought therein, it is therefore:

ORDERED that the Motion be, and it hereby is GRANTED; and it is further

ORDERED that the Settlement Agreement executed by the Chapter 7 Trustee and Matthew Greer and attached to the Motion is hereby approved and binding upon all parties thereto.

BY THE COURT

_____
ALBERT S. DABROWSKI
UNITED STATES BANKRUPTCY JUDGE

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625