**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| | ) Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, LLC | )            09-23371 (ASD) |
| MICHAEL S. GOLDBERG | ) |
| | ) Jointly Administered Under |
| Debtors. | ) Case No. 09-23370 |
| | ) |
| | ) |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE | ) |
| ESTATES OF MICHAEL S. GOLDBERG, LLC, and MICHAEL | ) |
| S. GOLDBERG | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| STUART J. COHEN, et al. | ) Adv. Pro. No. 11-02013 |
| | ) |
| | ) |
| | ) |
| Defendants. | |

**MOTION FOR PRE-JUDGMENT REMEDY**
**AS TO AUG PARTNERS, LLC, BARRY GORSUN, B. JAMES DOERKSEN,**
**BAYSTATE CAPITAL, LLC, BRUCE J. ETKIN REVOCABLE LIVING TRUST,**
**MARK MOSKOWITZ, AS TRUSTEE OF CAT'S PAW TRUST, CHARLES**
**WEEDER, DEBORAH YALOWITZ HAILE AND HOWARD McDONALD**
**HAILE, DIXIE PLUMBING SERVICE, INC., EDWARD B. CAUDILL, EDWARD**
**HARWOOD, ELAINE STEIN, ELAINE STEIN, AS TRUSTEE OF THE ELAINE**
**STEIN 1992 REVOCABLE TRUST, ELAINE STEIN, AS SUCCESSOR TRUSTEE**
**OF THE PAUL SLAYTON TRUST, FINANCIAL SECURITY SERVICES**
**DEFINED BENEFIT PLAN F/B/O STEVEN E. MARCUS, and JAY MARMER,**
**AS TRUSTEE OF FINANCIAL SECURITY SERVICES DEFINED BENEFIT**
**PLAN F/B/O STEVEN E. MARCUS, FINANCIAL SECURITY SERVICES, LLC,**
**FINANCIAL SECURITY SERVICES DEFINED BENEFIT PLAN F/B/O JAY**

**MARMER AND JAY MARMER, AS TRUSTEE OF FINANCIAL SECURITY SERVICES DEFINED BENEFIT PLAN F/B/O JAY MARMER, GARY SLAYTON, GAYLE BROWN, GILBERT E. HYATT, IV, HALEY FAMILY LIMITED PARTNERSHIP, GILBERT E. HYATT, III, AS GENERAL PARTNER OF HALEY FAMILY LIMITED PARTNERSHIP, AND PATTI R. HYATT, AS GENERAL PARTNER OF HALEY FAMILY LIMITED PARTNERSHIP, HYATT FAMILY LIMITED PARTNERSHIP, GILBERT E. HYATT, III, AS GENERAL PARTNER OF HYATT FAMILY LIMITED PARTNERSHIP, AND PATTI R. HYATT, AS GENERAL PARTNER OF HYATT FAMILY LIMITED PARTNERSHIP, JASON LIEBLICH, JAY MARMER AND SHIRLEY MARMER, JAY MARMER, JEFFREY CHIZMAS, JEFFREY STEIN, JEREMY MARMER, JEFFREY D. WEBSTER, JESS D. KRAVITZ, JOSHUA MARMER AND TOVAH MARMER, KIRK ELYAKIN AND MARILYN ELYAKIN, DEBRA HOFFMAN, AS TRUSTEE OF HOFFMAN FAMILY TRUST, LEWIS SLAYTON, MARCUS FAMILY PARTNERSHIP, MARK MARMER, STEFANI R. MARMER, AS TRUSTEE OF THE MARMER FAMILY TRUST AND JAY MARMER, AS TRUSTEE OF THE MARMER FAMILY TRUST, MICHAEL STEIN, N. LOUIS SHIPLEY, PETER CARBONE, TRUSTEE OF THE PETER P. CARBONE TRUST DATED 1992, PROPERTY ADMINISTRATION SPECIALISTS 401(k) PLAN F/B/O MR. ELLIOTT D. POLLACK AND MR. ELLIOTT D. POLLACK, AS BENEFICIARY, MANAGER OR TRUSTEE OF PROPERTY ADMINISTRATION SPECIALISTS 401(k) PLAN F/B/O MR. ELLIOTT D. POLLACK, RICHARD KADINGO AND JILL KADINGO, ROBERT H. FIER, ROBERT JEROME AND NANCY ADELIS, ROBERT KLEIN, ROBERT STEIN, ROBERT STEIN, AS TRUSTEE OF THE ROBERT STEIN 1992 REVOCABLE TRUST, STEFANI MARMER, STRATEGEM ASSOCIATES, INC., STUART COHEN, STUART COHEN, AS BENEFICIARY OF STUART COHEN IRA, MORGAN STANLEY & CO., INCORPORATED, AS CUSTODIAN OF THE STUART COHEN IRA, THOMAS C. ALMY, AND THOMAS J. RYAN <u>INVESTMENT BROKERS, INC.</u>**

Pursuant to Fed R. Civ. P. 64, Fed. R. Bankr. P. 7064, D. Conn. L. R. 4(c), and Conn. Gen. Stat. §52-278d and §52-278c *et. seq*., the Chapter 7 Trustee, James Berman ("Trustee"), hereby files this Motion for Pre-Judgment Remedy in this case against each of the defendants listed below, and respectfully moves this Court for a Pre-Judgment

2

Remedy Order of attachment and garnishment of property and/or assets of the Defendants.

In support of this Motion, Trustee represents as follows:

1. On February 11, 2011, the Trustee commenced an action in this Court against each of the defendants.

2. As set forth in the Affidavit of James Berman (the "Affidavit"), there is probable cause that a judgment will be rendered in favor of Trustee in this case against each of the following defendants, in the following amounts, or greater:

| | | |
|---|---|---|
| a. | AUG Partners, LLC | $ 338,425.00 |
| b. | Barry Gorsun | $ 53,750.00 |
| c. | B. James Doerksen | $ 59,750.00 |
| d. | Baystate Capital, LLC | $ 63,688.00 |
| e. | Bruce J. Etkin Revocable Living Trust | $ 115,000.00 |
| f. | Mark Moskowitz, as Trustee of Cat's Paw Trust | $ 111,250.00 |
| g. | Charles Weeder | $ 122,500.00 |
| h. | Deborah Yalowitz Haile and Howard McDonald Haile | $ 172,500.00 |
| i. | Dixie Plumbing Service, Inc. | $ 661,250.00 |
| j. | Edward B. Caudill | $ 57,500.00 |

3

| | | |
|---|---|---|
| k. | Edward Harwood | $ 58,550.00 |
| l. | Elaine Stein | $ 657,768.00 |
| m. | Elaine Stein, as Trustee of the Elaine Stein 1992 Revocable Trust | $ 180,000.00 |
| n. | Elaine Stein, As Successor Trustee of the Paul Slayton Trust | $ 33,500.00 |
| o. | Financial Security Services Defined Benefit Plan f/b/o Steven E. Marcus and Jay Marmer, As Trustee of Financial Security Services Defined Benefit Plan f/b/o Steven E. Marcus | $ 451,500.00 |
| p. | Financial Security Services, LLC | $ 73,200.00 |
| q. | Financial Security Services Defined Benefit Plan f/b/o Jay Marmer, and Jay Marmer, As Trustee of Financial Security Services Defined Benefit Plan f/b/o Jay Marmer | $ 198,000.00 |
| r. | Gary Slayton | $ 67,000.00 |
| s. | Gayle Brown | $ 26,800.00 |
| t. | Gilbert E. Hyatt, IV | $ 235,750.00 |

| | | | |
|---|---|---|---:|
| u. | Haley Family Limited Partnership, Gilbert E. Hyatt, III, as General Partner of Haley Family Limited Partnership, and Patti R. Hyatt, as General Partner of Haley Family Limited Partnership | $ | 247,000.00 |
| v. | Hyatt Family Limited Partnership, Gilbert E. Hyatt, III, as General Partner of Hyatt Family Limited Partnershi, and Patti R. Hyatt, as General Partner Hyatt Family Limited Partnership | $ | 1,116,475.00 |
| w. | Jason Lieblich | $ | 57,750.00 |
| x. | Jay Marmer and Shirley Marmer | $ | 127,000.00 |
| y. | Jay Marmer | $ | 101,600.00 |
| z. | Jeffrey Chizmas | $ | 168,750.00 |
| aa. | Jeffrey Stein | $ | 203,825.00 |
| bb. | Jeremy Marmer | $ | 74,400.00 |
| cc. | Jeffrey D. Webster | $ | 83,625.00 |
| dd. | Jess D. Kravitz | $ | 172,500.00 |
| ee. | Joshua Marmer and Tovah Marmer | $ | 30,250.00 |
| ff. | Kirk Elyakin and Marilyn Elyakin | $ | 57,500.00 |
| gg. | Debra Hoffman, As Trustee of Hoffman Family Trust | $ | 337,500.00 |
| hh. | Lewis Slayton | $ | 160,800.00 |

| | | |
|---|---|---|
| ii. | Marcus Family Partnership | $ 115,000.00 |
| jj. | Mark Marmer | $ 67,000.00 |
| kk. | Stefani R. Marmer, as Trustee of the Marmer Family Trust and Jay Marmer, as Trustee of the Marmer Family Trust | $ 393,000.00 |
| ll. | Michael Stein | $ 68,000.00 |
| mm. | N. Louis Shipley | $ 57,500.00 |
| nn. | Peter Carbone, Trustee Of the Peter P. Carbone Trust Dated 1992 | $ 122,500.00 |
| oo. | Property Administration Specialists 401(k) Plan f/b/o Mr. Elliott D. Pollack and Elliott D. Pollack, as Beneficiary, Manager or Trustee of Property Administration Specialists 401(k) Plan f/b/o Elliott D. Pollack | $ 168,750.00 |
| pp. | Richard Kadingo and Jill Kadingo | $ 602,500.00 |
| qq. | Robert H. Fier | $ 445,000.00 |
| rr. | Robert Jerome and Nancy Adelis | $ 227,500.00 |
| ss. | Robert Klein | $ 97,250.00 |
| tt. | Robert Stein | $ 1,149,818.00 |
| uu. | Robert Stein, as Trustee of the Robert Stein 1992 Revocable Trust | $ 444,151.00 |

|      |                                                                              |                |
|------|------------------------------------------------------------------------------|----------------|
| vv.  | Stefani Marmer                                                               | $    9,750.00  |
| ww.  | Strategem Associates, Inc.                                                   | $   56,000.00  |
| xx.  | Stuart Cohen                                                                 | $  428,750.00  |
| yy.  | Morgan Stanley & Co., Incorporated, as Custodian of the Stuart Cohen IRA     | $  161,250.00  |
| zz.  | Thomas C. Almy                                                               | $  101,750.00  |
| aaa. | Thomas J. Ryan Investment Brokers, Inc.                                      | $   64,164.00  |
|      |                                                                              | $11,456,039.00 |

taking into account any and all known defenses, counter-claims and/or set-offs.

3. As described more fully in the supporting Affidavit and Complaint, the Trustee reasonably believes that he is entitled to a Pre-Judgment Remedy in this matter, so as to protect the Debtor's estates' interests, and to preserve any and all available assets of the Defendants sufficient to cover the subject debt.

4. In order to secure this judgment, Trustee seeks an Order from this Court, pursuant to Fed. R. Civ. P. Rule 64, D. Conn. Civ. L. R. 4(c) and Conn. Gen. Stat. §52-278d and §52-278c *et. seq.*, directing that the following Pre-Judgment Remedy issues to secure such amounts:

    a. Attach sufficient property and/or assets of the defendants to secure such sum, including but not limited to, any and all real property, personal

property, receivables, inventory, equipment, machinery, tools, furniture, supplies, stamps, coins, firearms collections(s) or other collectibles, and any other real and personal property of each of said defendants, wherever located;

b. Garnish any and all debt(s) due each of the defendants from any such other individual(s), employer(s), partnership(s), corporation(s), bank(s), financial institution(s), and/or other entities, as may be disclosed in response to the Motion for Disclosure of Assets filed along herewith (or otherwise), as said defendants may have in their possession/control any property and/or debt that is owed to the defendants, wherever located, to secure such sum;

c. Attach and/or Garnish any and all bank accounts of the defendants, wherever located, to secure such sums; and

d. Attach and/or Garnish any interest in, and/or distributions due the Defendants, in whatever form, by virtue of his membership in any organization and/or company to secure such sum.

**WHEREFORE,** Trustee respectfully requests that this Court grant each proposed Order for Pre-Judgment Remedy attached hereto.

Dated at Bridgeport, Connecticut this 1st day of April, 2011.

>JAMES BERMAN, CHAPTER 7 TRUSTEE
>FOR THE ESTATES OF
>MICHAEL S. GOLDBERG AND
>MICHAEL S. GOLDBERG, LLC
>
>By  /s/Jeffrey Hellman
>    Jeffrey Hellman (ct04102)
>    Jed Horwitt (ct04778)
>    Lawrence S. Grossman (ct15790)
>    ZEISLER & ZEISLER, P.C.
>    558 Clinton Avenue
>    Bridgeport, Connecticut 06605
>    (203) 368-4234
>    (203) 367-9678 (fax)
>    jhellman@zeislaw.com