# EXHIBIT B

Exhibit B
to
Affidavit of James Berman

| INVESTOR DEFENDANTS | BROKER DEFENDANTS | STEIN DEFENDANTS | AUG DEFENDANTS | AUG II DEFENDANTS |
|---|---|---|---|---|
| B. James Doerksen | Thomas J. Ryan Investment Brokers, Inc. | Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein, Trustee) | AUG Partners, LLC | AUG Partners, LLC |
| Bruce J. Etkin Revocable Living Trust | Strategem Associates, Inc. | Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein, Trustees) | B. James Doerksen | Barry Gorsun |
| Cat's Paw Trust | Financial Security Services, L.L.C. | Jeffrey Stein | Baystate Capital, LLC | B. James Doerksen |
| Charles Weeder | Jay Marmer | Michael Stein | Bruce J. Etkin Revocable Living Trust | Baystate Capital, LLC |
| Deborah Yalowitz Haile & Howard McDonald Haile | | Lewis Slayton | Cat's Paw Trust | Bruce J. Etkin Revocable Living Trust |
| Dixie Plumbing Service, Inc. | | Gary Slayton | Charles Weeder | Cat's Paw Trust |
| Edward B. Caudill | | Paul Slayton | Deborah Yalowitz Haile & Howard McDonald Haile | Charles Weeder |
| Edward Harwood | | Barry Gorsun | Dixie Plumbing Service, Inc. | Deborah Yalowitz Haile & Howard McDonald Haile |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | | Peter Carbone, Trustee | Edward B. Caudill | Dixie Plumbing Service, Inc. |
| Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | | Robert Klein | Edward Harwood | Edward B. Caudill |
| Gilbert E. Hyatt, IV | | | Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein & Robert Stein, Co-Trustees) | Edward Harwood |
| Haley Family Limited Partnership | | Gayle Brown | Elaine Stein, Trustee (Paul Slayton Trust) | Elaine Stein |
| Hyatt Family Limited Partnership | | Mark Marmer | Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein & Robert Stein, Co-Trustees) |

1

Exhibit B
to
Affidavit of James Berman

| INVESTOR DEFENDANTS | BROKER DEFENDANTS | STEIN DEFENDANTS | AUG DEFENDANTS | AUG II DEFENDANTS |
|---|---|---|---|---|
| Jay Marmer & Shirley Marmer | | | Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | Elaine Stein, Trustee (Paul Slayton Trust) |
| Jason Lieblich | | Jeremy Marmer | Financial Security Services, L.L.C. | Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) |
| Jeffrey Chizmas | | Joshua Marmer | Gary Slayton | Financial Security Services, L.L.C. |
| Jeffrey D. Webster | | Mark Marmer | Gayle Brown | Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) |
| Jess D. Kravitz | | Tovah Marmer | Gilbert E. Hyatt, IV | Gary Slayton |
| Kirk Elyakin & Merilyn Elyakin | | | Haley Family Limited Partnership | Gayle Brown |
| Leon Hoffman (Debra Hoffman, Trustee) | | | Hyatt Family Limited Partnership | Gilbert E. Hyatt, IV |
| Marcus Family Partnership | | | Jason Lieblich | Haley Family Limited Partnership |
| Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | | | Jay Marmer | Hyatt Family Limited Partnership |
| Matthew Greer | | | Jeffrey Chizmas | Jason Lieblich |
| N. Louis Shipley | | | Jeffrey Stein | Jay Marmer |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | | | | |
| Richard Kadingo & Jill Kadingo | | | Jeremy Marmer | Jeffrey Chizmas |
| Robert H. Fier | | | Jeffrey D. Webster | Jeffrey Stein |
| Robert Jerome & Nancy Adelis | | | Jess D. Kravitz | Jeremy Marmer |
| Stefani Marmer | | | Joshua Marmer & Tovah Marmer | Jeffrey D. Webster |
| Stuart Cohen | | | Kirk Elyakin & Merilyn Elyakin | Jess D. Kravitz |
| Stuart Cohen IRA (Morgan Stanley, Custodian) | | | Leon Hoffman (Debra Hoffman, Trustee) | Joshua Marmer & Tovah Marmer |
| Thomas C. Almy | | | Lewis Slayton | Kirk Elyakin & Merilyn Elyakin |
| Sidney Richman | | | Marcus Family Partnership | Leon Hoffman (Debra Hoffman, Trustee) |

2

Exhibit B
to
Affidavit of James Berman

| INVESTOR DEFANDANTS | BROKER DEFENDANTS | STEIN DEFENDANTS | AUG DEFENDANTS | AUG II DEFENDANTS |
|---|---|---|---|---|
| | | | Mark Marmer | Lewis Slayton |
| | | | Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | Marcus Family Partnership |
| | | | Matthew Greer | Mark Marmer |
| | | | Michael Stein | Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) |
| | | | N. Louis Shipley | Matthew Greer |
| | | | Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | Michael Stein |
| | | | Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | N. Louis Shipley |
| | | | Richard Kadingo & Jill Kadingo | Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) |
| | | | Robert H. Fier | Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) |
| | | | Robert Jerome & Nancy Adelis | Richard Kadingo & Jill Kadingo |
| | | | Robert Klein | Robert H. Fier |
| | | | Robert Stein | Robert Jerome & Nancy Adelis |
| | | | Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elain Stein, Co-Trustees) | Robert Klein |
| | | | Strategem Associates, Inc. | Robert Stein |
| | | | Stefani Marmer | Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elain Stein, Co-Trustees) |
| | | | Stuart Cohen | Stefani Marmer |
| | | | Sidney Richman | Strategem Associates, Inc. |
| | | | Thomas C. Almy | Stuart Cohen |
| | | | Thomas J. Ryan Investment Brokers, Inc. | Stuart Cohen IRA (Morgan Stanley, Custodian) |
| | | | | Sidney Richman |
| | | | | Thomas C. Almy |
| | | | | Thomas J. Ryan Investment Brokers, Inc. |

3