# EXHIBIT C



**Re: investment**  
From: "bob stein" <bobstein2@yahoo.com>  
To: "Jay" <jlmzl@yahoo.com>

Tuesday, September 16, 2008 11:24 PM

Thanks, I know there is a lot of this stuff out there. Michael and Elaine Stein got snared by one from CA. I know exactly how you feel and I do not blame you because I too felt the same way in the beginning. Therefore, I strongly suggest and would personally feel better if you wait and see what Tom's due diligence uncovers and then decide if you want to invest more, stay pat or withdraw what you already have invested. I know it sounds like a scam and it may very well be, but I have been unable to ferret that out.

Thus far, he has been willing to share information, has provided more transparency than I have seen in deals from reputable and highly regulated firms, has committed to invest $500k of his own $ in the fund Tom and I are arranging and has made every interest payment for the almost two years I have been dealing with him, although almost always late not to mention the difficulty in trying to communicate with him.

At our last meeting, he turned down Tom's offer to invest $10 million saying his business could not put that much capital to work at this time and instead suggested an initial $5 million fund to be applied over a 2 or 3 year period. Does not seem like the behavior one would expect from a schemer, but he could just be very slick. While I believe he is straight, we do not now have a way to protect ourselves from him just walking off with the money, but he did not blink when we raised the subject of workable controls. BUT, as both you and Tom have said, there are a lot of schemers out there.

----- Original Message -----  
From: Jay <jlmzl@yahoo.com>  
To: bob stein <bobstein2@yahoo.com>  
Sent: Tuesday, September 16, 2008 9:52:30 PM  
Subject: Re: investment

Thanks Bob - Steve will be calling you. I am going down to see Tri-tech tomorrow.

I also attached a news bulletin that is dated today. Another Ponzi scheme uncovered.

Jay

--- On Tue, 9/16/08, bob stein <*bobstein2@yahoo.com*> wrote:

> From: bob stein <bobstein2@yahoo.com>  
> Subject: investment  
> To: "jay marmer" <jlmzl@yahoo.com>  
> Date: Tuesday, September 16, 2008, 5:46 PM
>
> Hi Jay,
>
> If you plan to invest, I will need funds by Oct. 5 so you have plenty of time to decide.
>
> bob



EXHIBIT  
78  
H?W  7/14/10