# EXHIBIT D

Michael Goldberg
Discussion Items

1. bank and customer confirmation of business relationship
2. confirm lawyer has power of attorney to wrap up business should MG become unable to continue.
3. ensure funds are not co-mingled with other businesses. Perhaps his accountant can provide a quarterly or semi-annual comfort letter.
4. describe why 12% quarterly return is sustainable
5. timeliness, communication, documentation and attention to detail has been problematic possibly caused by involvement in too many businesses without adequate staff support. Needs to get better.
6. discuss clients, length and strength of relationships
7. discuss Chase relationship, the manifest and how process works.
8. how long has Michael been doing this and how long does he expect this business to continue.
9. dialog discussing purchases, sales, progress, issues and general update as part of periodic communication.
10. how quickly and where will incremental funds be put to work.
11. does 30 day notice for investment refund pose a potential threat to business
12. what can cause investors to lose their principal and what should investors be most concerned with.

EXHIBIT
46
HAW 7/13/10

Ryan0891