# EXHIBIT F

|  |  |
|---|---|
|  | Chase. Acquisitions Unlimited Group is one of several liquidators used by Chase since Chase has determined that working with liquidators such as Acquisitions Unlimited Group yields better returns than engaging in direct sales to buyers. |
|  | The principal officer and owner of Acquisitions Unlimited Group is Michael S. Goldberg, a graduate engineer from Purdue University. Mr. Goldberg is the principal owner of several other businesses in addition to Acquisitions Unlimited Group. |
| Mitigation of Risk | Acquisitions Unlimited Group and Chase have entered into a Contract Dissolution Capital Protection Clause (the "Chase Buyback Guaranty") wherein Chase has agreed to refund (within thirty (30) days) Acquisitions Unlimited Group's payment for the purchase of repossessed goods from Chase should the pre-arranged buyer not purchase the subject goods from Acquisitions Unlimited Group . The Chase Buyback Guarantee is an all events guaranty. (See Exhibit 3 for more details.) |
|  | The protection provided by Chase through the Chase Buyback Guaranty is subject to the viability of Chase, currently rated Aa2 by Moody's. |
| Protection of Investor Funds Through Use of Escrow Agents | The Company and Acquisitions Unlimited Group have agreed to a certain escrow procedure wherein Investor funds will not be used nor within the reach of Acquisitions Unlimited Group or R. Stein throughout the entire investment cycle. The Company, through its counsel, will apply its investment funds directly to Chase when repossessed goods are being purchased by Acquisitions Unlimited Group. The pre-arranged buyer will then agree in its contract with Acquisitions Unlimited Group (as a precondition to Company's obligation to fund the Chase purchase) to wire its payment to an escrow agent who will then divide the proceeds between the Acquisitions Unlimited Group and the Company. (See a copy of a sample escrow agreement as Exhibit 2 and the cash flow schematic as Exhibit 4.) |
| Term of the Company | The Company will have a term of twenty (20) years, commencing at the initial closing of this offering. |
| Managing Member | AUG Partners, LLC, a Florida limited liability company, will be the Managing Member. The managing member of the Managing Member will be Robert Stein (hereinafter, "Stein"). The Managing Member will be responsible for management of the Company. (For the Curriculum Vitae of Mr. Stein, please see Appendix A). |
| The Offering | The Managing Member expects to raise up to $7,500,000.00 of capital through the sale of Class A Units in the Company at $1.00 per unit. The Company reserves the right to accept or |

2