# EXHIBIT G

Subj: **Fwd: Article on FBI Investigates Petters**
Date: 12/22/2008 5:12:06 P.M. Eastern Standard Time
From: Ocnayr
To: bobstein2@yahoo.com

-----Original Message-----
From: Jennifer Vadas <jvadas@nasonyeager.com>
To: sperrone@locususa.com; oblem@comcast.net; Thomas J. Ryan III <ocnayr@aol.com>
Cc: Domenick Lioce <dlioce@nasonyeager.com>
Sent: Mon, 22 Dec 2008 1:36 pm
Subject: Article on FBI Investigates Petters

Please see attached article.

Thank you Bob, take a look at this article. Tom
Jenn

**Consider the environment: please do not print this document if it's not necessary!**

Jennifer Vadas
jvadas@nasonyeager.com
Nason, Yeager, Gerson, White & Lioce P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Phone: 561-656-6550
Fax: 561-686-5442

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for postage and/or telephone expenses. Thank you.

TAX MATTERS - IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!



Monday, December 22, 2008 America Online: Guest

Ryan0500

# The Law Observer

VOLUME 1 · NUMBER 2

PLEASE COPY AND DISTRIBUTE TO ALL PERSONNEL

## BUXOM WEST PALM BEACH DIVORCE ATTORNEY TROLLS THE INTERNET FOR WEALTHY OLDER MEN UP TO 75 YEARS OLD

### Robin Roshkind loves to fly first class and stay in fine hotels

Fifty-seven year old West Palm Beach divorce attorney Robin Bogen Roshkind is trolling an internet dating site for 59 to 75 year old wealthy men who will fly her first class and spend money on fine hotels. Her ghastly photograph in a yellow gown and pearls showing off her mammoth mammaries verges on the grotesque. Whether they are natural or enhanced can not be said. She says she is 5' 7" and athletic and toned. She reads Palm Beach Daily News every day even when she is out of town. Ironically, she uses the user name "brainybutty" on the dating service website.

Her pretentious website posting reads as follows:"I am looking for someone who is just like me... sensible but with a wild streak... Someone who loves to have friends and family around, often... Someone who loves to travel first class...Someone who is interested and interesting...someone who is successful in his career... outstanding at what he does (or did) for a living... someone who has manners and is refined, educated and articulate... someone who lives well because he can. Like I said, I am looking for someone like me. For fun: Tennis clothes by day, black dress and pearls by night. But only on weekends since I am in business suits all week. I love swimming at the beach club, boating, fishing the Bahamas or Keys, skiing Colorado, shows in London or New York."

Roshkind earned her law degree at Nova Southeastern University and her BA from Queens College of the City University of New York. Her two children live away from home.

Roshkind maintains a law office at 625 North Flagler Drive, Suite 507, West Palm Beach, Florida where she practices divorce; alimony; marital property settlements; pre-nuptial agreements; child custody; child support; visitation rights; domestic violence; paternity; premarital agreements; contempt and modifications; family law and appellate law. She is visibility ranked 505 out of 1,924 lawyers in West Palm Beach, Florida by Martindale.

## MULTIMILLIONAIRE TELLS ART DEALER HE STIFFED FOR $4M TO GO SUE HIM.

The former owner and CEO of McClendon Corp., a Virginia based defense contractor, made a small fortune when he sold the corporation for $66 million. But when it came time to pay for a pricey piece of art, Doyle McClendon claimed poverty.

McClendon and his wife Mary Alice, put down $500,000 towards the purchase of the painting. The balance of $3.7 million was to be paid off. However, just as the payment came due reports the New York Post, Mrs. McClendon asked for an extension of time to pay. She informed the gallery that she and her husband were getting a divorce.

According to the complaint, when Jonathan Green, the director of the gallery, spoke with Mr. McClendon he dismissed him, saying that he "had no money to pay at present" and that "the gallery would have to wait a year." Green suggested that the couple borrow the money,.

According to the suit, McClendon countered, "You will have to sue me."

## MARILYN MONROE LAWSUIT

Two men who have gotten a hold of rare pictures of Marilyn Manroe in her iconic "last sitting" are embroiled in a legal battle with photographer Bert Stern, over the ownership of those pictures.

Stern, who took the pictures, filed suit against Michael Weiss and Donald Penny, alleging that the two men have improperly obtained copies of seven "unique and irreplaceable images" and demanding the return of those pictures according to the New York Post.

The two men countered, claiming to be the rightful owners, and threatening to counter-sue Stern for fraud, defamation and wrongfully confiscating two of the pictures.

Stern shot the pictures at LA's Hotel Bel-Aire, just six weeks before Monroe's death. Many of the pictures were published in Eros Magazine that year. Stern alleged that the pictures that Weiss and Penny had were shots which were never returned to him from the magazine.

Weiss and Penny claim that a friend of theirs found the film in a pile of garbage left on the curb of East 55th Street in 1973 or 74 and had kept it in a box of memorabilia. Their attorney, Jamie Brickell, said that the two men had offered to give Stern the transparencies in exchange for prints sometime in June of this year. The photographer allegedly accepted the offer but later reneged on the deal.

Stern's lawyer, Stephen Weingrad, hangs his hat on the fact that there in no question that the pictures are Stems', stating that Weiss and Penny have no case.

## CEO IN LI CAR CRASH

Robert Shiver, CEO of Manhattan security-systems firm Aerwav Integration Services was arrested at the scene after smashing his Land Rover into a Lexus while trying to speed past it in East Hampton according to the New York post. The occupants of the Lexus had to be cut from their vehicle.

Shiver faces charges that include speeding and illegal passing but was not charged with DWI even though his blood alcohol was above the legal limit. He blames the two Ambien sleeping pills he had taken for the incident.

## FBI INVESTIGATES PETTERS IN $2 BILLION PONZI SCHEME

Tom Petters, the billionaire owner of Polaroid, Sun Country Airlines and Fingerhut, may soon be cavorting with criminals in the big house instead of hobnobbing with the rich and famous at cocktail parties according to the New York Post

The Feds are investigating Petters on charges of defrauding investors out of as much as $2 billion. Petters was forced to resign his position at Petters Group Worldwide, as the FBI raided his offices in several cities.

A top executive at Petters Group has already been charged in connection with the investigation. Robert Dean White, 37 has been accused of mail fraud and money laundering in the alleged Ponzi-style scheme.

In court documents, the Feds stated that the Petters Group took investors' money, supposedly to buy unsold goods in liquidation sales, with the intent to sell them to national retailers but no goods were ever bought or sold with that money.

As many as 20 investors may have been swindled by the ruse, including Goliax Fund, Acorn Capital and Northwater Capital Management. Reportedly, one subsidiary may have been swindled out of $100 million.

The charges have shocked colleagues; some have begun raising questions about Petters' surprise $120,000 cash gift to actress Elizabeth Hurley for her breast-cancer awareness project.

It is unclear whether the allegations were made by an insider-whistleblower or a disgruntled investor, but court documents reveal that Petters admitted on tape that he provided "fraudulent information to investors" and that he spoke on a recording of "fleeing the country and creating fabricated defenses if the fraud scheme is discovered."

His attorney did say, however, that he has done nothing wrong and will fight the charges.

Subj: **Today's request**
Date: 12/22/2008 4:12:51 P.M. Eastern Standard Time
From: Ocnayr
To: BobStein2@yahoo.com

Thanks for your patience with me. This Madow thing has investors and me spooked. Come into Tritech tomorrow morning and I will drive us. Tom

---

Listen to 350+ music, sports, & news radio stations – including songs for the holidays – FREE while you browse. Start Listening Now!