# EXHIBIT H

Subj:  Re: Fwd: Article on FBI Investigates Petters
Date:  12/22/2008 5:41:51 P.M. Eastern Standard Time
From:  bobstein2@yahoo.com
To:    ocnayr@aol.com

Lots of shady stuff going on. The differences are

1. neither michael or I ever touch the money
2. money received by escrow agent is deposited into a Chase account by the escrow agent and the account is for deposits only. no withdrawals of any kind are allowed. EVER. have letter to that effect from bank.
3. the customer pays the escrow agent, not michael.
4. if the customer fails to pay, the bank makes good on the principal
5. we have copies of signed contracts, purchase orders and bank documentation verifying each transaction
6. we spoke to and got letters from all principal parties.
7. I had my own money invested for over two years.
8. one of my investors just had $250k in principal returned due to a capital call
9. if Michael was going to run off with the money, he would have done so before signing an escrow agreement putting almost $4 million he totally controlled a few weeks ago, totally and irrevocably out of his reach.

---

From: "ocnayr@aol.com" <ocnayr@aol.com>
To: bobstein2@yahoo.com
Sent: Monday, December 22, 2008 5:12:04 PM
Subject: Fwd: Article on FBI Investigates Petters

-----Original Message-----
From: Jennifer Vadas <jvadas@nasonyeager.com>
To: sperrone@locususa.com; oblem@comcast.net; Thomas J. Ryan III <ocnayr@aol.com>
Cc: Domenick Lioce <dlioce@nasonyeager.com>
Sent: Mon, 22 Dec 2008 1:36 pm
Subject: Article on FBI Investigates Petters

Please see attached article.

Thank you Bob, take a look at this article. Tom
Jenn

---

Consider the environment: please do not print this document if it's not necessary!
Jennifer Vadas
jvadas@nasonyeager.com
Nason, Yeager, Gerson, White & Lioce P.A.
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Phone: 561-656-6550
Fax: 561-686-5442



Monday, December 22, 2008 America Online: Guest

Ryan0499