# EXHIBIT I

Memo    May 10, 2009

To:  Michael S. Goldberg

From: Carl Santangelo

Re:  Michael S. Goldberg, LLC, d/b/a Acquisitions Unlimited Group/ AUG Partners, LLC, AUG, LLC, AUG II, LLC & AUG III, LLC.

I am writing this memo to be clear as to what needs to be addressed going forward in your transactions with AUG Partners, LLC and its related entities.

## JP Morgan Chase Matters

I need to visit Chase in New York to meet with the person(s) handling your account relationship.  Further, given the fact that neither Pat Caffrey nor Kevin Danielson are employed by Chase, I will need a letter from Chase (addressed directly to AUG Partners, LLC and from the person who I will meet) acknowledging the following:

1. That the Chase Capital Protection Clause is in full force and effect;
2. That the letter written by Kevin Danielson, dated March 13, 2009, is ratified;
3. That the Chase sweep account in the name of Michael S. Goldberg, LLC may not, in any circumstance, be accessed by your company; and
4. That in the event the Chase Capital Protection Clause is invoked relating to any deal in which AUG is an investor, the proceeds should be payable to my trust account for further distribution to the participants.

## Contract Matters

In light of the fact that Hamilton Sundstrand and Swinerton paid your company directly and the escrow requirements of our contract were violated, Bob Stein has raised deep concerns about our current contractual structure.  Accordingly, we will need to have the contact information (name of person handling your account, address & telephone number) of each buyer of goods from your company.  We will further need to amend each pending contract whereby AUG will be acknowledged as a participant in such contract so that the buyer will be contractually bound to pay the purchase funds to the escrow agent.  The amendment will further state that the material terms of the contract may not be revised or modified without the written consent of AUG.  Future contracts will be revised to include these new terms.



EXHIBIT
SAN 01242
KmVida 4/03/10

Our purpose is not to come between you and your customer.  Rather, it is to be sure that what happened last week does not happen again.

## Escrow Matters

Bob has also requested that my firm be the escrow agent going forward without any cost to your company.

Since Bob has raised the contract and escrow matters, we can discuss them together with him.  As to the Chase matters, I will handle them directly with you.

The changes discussed, once made, will allow us to move forward and raise institutional funds.  There are a number of interested parties waiting on the sidelines who are ready to move forward after we take care of the referenced items.  I stand ready, willing and able to work with you to accomplish these things as expeditiously as possible.

SANT01243