# EXHIBIT J

Subj: RE: progress
Date: 5/26/2009 12:49:44 A.M. Eastern Daylight Time
From: mgreer@carlisledevelopmentgroup.com
To: Ocnayr@aol.com

Everyone is still scared of the Madoff factor: "if they returns for the risk are too good to be true, then they must be"... How do we categorically refute this?

**From:** Ocnayr@aol.com [mailto:Ocnayr@aol.com]
**Sent:** Friday, May 22, 2009 3:55 PM
**To:** Matthew S. Greer
**Subject:** progress

Matt ,Joe Carpenter and I are bringing the Tritech deal to a head. The Aug deal is open for an additional 16MM from the right investor or group of investors. There are material improvements in the transaction which should interest a potential larger investor. What is the next step? Tom

---

**Stay connected and tighten your budget with a great mobile device for under $50. Take a Peek!**

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.35/2123 - Release Date: 05/22/09 06:03:00

EXHIBIT
68
HJW 7/13/10

Tuesday, May 26, 2009 America Online: Guest

Ryan0362