# EXHIBIT K

Subj: Re: Fwd: progress
Date: 5/26/2009 4:04:17 P.M. Eastern Daylight Time
From: bobstein2@yahoo.com
To: Ocnayr@aol.com

Tom, the best way to overcome the "Madoff factor" is through a thorough due diligence process.

bob

From: "Ocnayr@aol.com" <Ocnayr@aol.com>
To: bobstein2@yahoo.com
Cc: Carlsantangelo@aol.com
Sent: Tuesday, May 26, 2009 11:08:32 AM
Subject: Fwd: progress

Bob, I will compose a response and seek yours' and Carl's input. I want a short pointed response. No need to talk with Matt yet. I feel we now have enough disclosures to satisfy serious investors. I spent the weekend identifying prospects. I will keep you and Carl posted. Tom

A Good Credit Score is 700 or Above. See yours in just 2 easy steps!

-----Inline Message Follows-----

Everyone is still scared of the Madoff factor: "if they returns for the risk are too good to be true, then they must be"... How do we categorically refute this?

From: Ocnayr@aol.com [mailto:Ocnayr@aol.com]
Sent: Friday, May 22, 2009 3:55 PM
To: Matthew S. Greer
Subject: progress

Matt ,Joe Carpenter and I are bringing the Trilech deal to a head. The Aug deal is open for an additional 16MM from the right investor or group of investors. There are material improvements in the transaction which should interest a potential larger investor. What is the next step? Tom

Stay connected and tighten your budget with a great mobile device for under $50. Take a Peek!

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.339 / Virus Database: 270.12.35/2123 - Release Date: 05/22/09 06:03:00


EXHIBIT
69
HPW 7/13/10

Tuesday, May 26, 2009 America Online: Guest

Ryan0361