# EXHIBIT L

Subj:   Re: revised letter to potential Aug investors/ DRAFT
Date:   5/26/2009 9:32:27 P.M. Eastern Daylight Time
From:   bobstein2@yahoo.com
To:     Ocnayr@aol.com
CC:     carlsantangelo@aol.com

Tom, good letter. See some suggestions below:

bob

**From:** "Ocnayr@aol.com" <Ocnayr@aol.com>
**To:** Carlsantangelo@aol.com
**Cc:** bobstein2@yahoo.com; Ocnayr1@aol.com
**Sent:** Tuesday, May 26, 2009 7:48:55 PM
**Subject:** revised letter to potential Aug investors/ DRAFT

Dear Investor,

Thank you for your interest in AUG's Contract Participation Plan.

Here are some salient points which I think you should consider in evaluating the risk profile of this investment opportunity. You should also read in detail or have your legal or investment adviser carefully read the proposal as presented in the Offering Memorandum.

1- Several weeks ago Carl Santangelo, the escrow agent, met in person with an officer within JP Morgan Chase's Asset Disposition Department.

2- The bank officer confirmed in writing the validity of the contract with Michael Golberg and she further acknowledged that the "loss of principal " provision of the transaction continues to remain in place. It is guaranteed by JP Morgan Chase through a major insurance company's Loss Provision Policy that JP Morgan Chase has paid for. The banker also acknowledged that Michael Goldberg has been in a "favored" relationship with JP Morgan Chase executing the same program on a smaller scale for more than 12 years.

3- Carl Santangelo is now the only escrow agent involved in the transaction.

4- If the Guarantee of Principal Clause is exercised then the proceeds (the purchase payment) are by contract sent to Carl Santangelo's trust account after thirty days notice to the bank. To date this provision has never been exercised.

5- Michael Goldberg has no access to the JP Morgan Chase sweep account and he has no access to the Santangelo escrow account.

6- When Michael Goldberg enters into a transaction with a qualified purchaser, the purchaser must assign payment for the equipment or material to Carl Santangelo's trust account. The purchaser is notified of this in the form of a certified letter from Carl Santangelo.

7- Three successful transactions have taken place over the previous six months. They have been funded and the principal and profit participation were returned to Carl Santangelo's trust account. The profit participation --- in each case was distributed to the investors at the end of the contract period.

8- A fourth purchase transaction of approimately $9,000,000 in two installments (May 5 & May 7) has been funded and it is anticipated that the principal will be returned and five percent profit participation should be distributed in mid to late August of 09.

9. In every transaction the principal and profit participation are returned the Carl Santangelo's trust account in order to avoid the appearance of a Ponzi or Madoff scheme.


EXHIBIT
71
HTW 7/13/10

Wednesday, May 27, 2009 America Online: Guest

Ryan0357

10 Large investors (over 5MM) who wish to meet with the bank must sign a Confidentiality Agreement and be approved by either Michael Goldberg or Bob Stein. However, it should be understood that meeting with the bank will be one of the last steps in the process. We wish to limit bank access only to those investors who are committed provided they get bank confirmation of the terms of the buyback guarantee.

Bob and Carl please review and make comments. Along with the power point schematic within the PPM, I would like to send this letter to interested parties who have received the PPM.

Thanks for your assistance.   TR


A Good Credit Score is 700 or Above. See yours in just 2 easy steps!