# EXHIBIT M



### Re: Investment

Thursday, May 21, 2009 12:41 PM

**From:** "bob stein" <bobstein2@yahoo.com>
**To:** "Jeff Stein" <jstein@prodigiousworldwide.com>

---

**From:** Jeff Stein <jstein@prodigiousworldwide.com>
**To:** bob stein <bobstein2@yahoo.com>
**Sent:** Thursday, May 21, 2009 12:11:18 PM
**Subject:** RE: Investment

Next draft:

---

For the past three years, my family has been investing in the purchase and sale of repossessed merchandise consisting primarily of building and manufacturing materials re-sold to major companies . In the past six months we were granted the opportunity to raise additional capital; to fund the growth of this business we created AUG LLC for this purpose. In the past six months we have funded approximately $19 million in transactions.

The investment is a short-term 90 day bridge loan to finance the purchase of the repossessed goods from the bank until the buyer pays for them. All of this takes approximately 90 to 100 days. We work with an intermediary who is one of the vendors used by the bank. Some of the key features are:

- Virtually all of the transactions are with world class customers with whom the intermediary has had a long term relationship.
    - All of the goods have been pre-sold and inspected by the buyer prior to delivery.
- The intermediary never takes possession of the goods, but arranges for shipment directly from the source *to the customer*. (Jeff note: what does this mean?)
- The principal is guaranteed by the Chase Manhattan Bank for most circumstances. (Jeff note: what circumstances are not guaranteed? *don't know of any*)
- Investors earn 5% per contract period, usually 90 to 100 days. This comes out to an annualized ROI of 20%.
    - Investors get a K-1 at the end of the calendar year
- Investors can take back their principal with 45 days notice prior to the end of the contract period. This may differ for large investors
- Investors have the right to review all relevant due diligence material
- The intermediary has a 13 year business relationship with the bank



From the outset, because of the tremendous ROI we offer, we were met with raised eyebrows (and more than a few references to Madoff). To help alleviate investor concerns, and to create a completely secure investment, we have implemented a system whereby the money never goes through the hands of the intermediary. In fact, the money never goes through our hands, either. Investors send money to an escrow agent who deposits the funds into a Chase account from which only Chase can make withdrawals. The third party cusotomers pay the escrow agent who distributes the profits and principal to the individual investors. All of the profit and principal is returned to the escrow agent before a new investment is made. There is zero opportunity for your money to be

stolen by the intermediary or AUG LLC. Likewise, the Chase guarantee is with AUG LLC, for the funds invested by AUG, LLC. Of course, we have documentation for all of this.

The next investment opportunity is in the August or September time frame.

This investment is for "accredited" Investors only. The minimum initial investment is $100,000. However, our goal is rapid growth and we are currently meeting with investment fund managers and family offices with the ability to invest as much as $10,000,000. My interest in contacting your uncle is with the understanding that he would be one of the bigger investors.

Please pass this information along to your uncle and if he is interested, I will make the necessary introductions.

Jeff

---

**Prodigious Worldwide**
Jeffrey E. Stein / Manager
JStein@prodigiousworldwide.com

33 Arch Street / Boston, MA 02110 USA
+1 617 369 8735  tel / +1 617 369 8111 fax / +1 781 316 6621 mobile
prodigiousworldwide.com

Prodigious Worldwide, dedicated to Digital Innovation.
A subsidiary of Digitas, a member of the Paris-based Publicis Groupe S.A. (Euronext Paris: FR0000130577), the world's fourth largest communications group, second largest media counsel and buying group, and a global leader in digital and healthcare communications.

The information in this email and subsequent attachments may contain legally privileged, proprietary and confidential information that is intended for a particular recipient. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, retention or use of the contents of this email information is prohibited. When addressed to Prodigious Worldwide clients or vendors, any information contained in this email is subject to the terms and conditions in the governing contract. If you have received this email in error, please immediately notify us by telephone or by return email, and delete the email.