# EXHIBIT N

**Nelson Obus**

| | |
|---|---|
| From: | <carlsantangelo@aol.com> |
| To: | <nobus@wynnefieldcapital.com> |
| Sent: | Wednesday, August 12, 2009 12:24 PM |
| Subject: | Michael Goldberg |

Nelson:

If you are contacted by Michael Goldberg re your investment in Acquisitions Unlimited Group, I want you to know what we have told him. We have said that we are working on a contract with your lawyers and are on track to fund the full $10M of your investment in the first week of September.

Let me know if Goldberg calls you. He is due to pay off our current investment contracts early next week so he may want to double check that your money is coming in before he pays us.

Many thanks, Carl.

