# EXHIBIT O

### 7. Final Meeting.

On the day I received the last of the monies owed from Goldberg, September 2nd, Goldberg was calling me for the turnaround of our money, plus additional funds from new investors. I told him we needed to talk. While I advised my client of my suspicions about Goldberg, my client was still hoping that Goldberg had a plausible explanation. I flew to Providence, RI that night and drove to a hotel at Foxwoods. I wanted to meet Goldberg in a public place with armed security and surveillance cameras. Bob Stein drove down from Andover to attend.

I called Goldberg at 8:00AM the next day to advise him of the place and time of the meeting. When we met two hours later, he denied any wrongdoing. This went on for about an hour. He then wanted to meet my client alone where he first tried to get my client to fire me on the spot. He next tried to convince us to wire the money "on trust". "Haven't I always paid you", he asked over and over. The three of us had lunch. In summary of the day, after 4-5 hours, Goldberg admitted nothing and claimed he would straighten things out "right away".

### 8. Balance Sheet

I don't know where this fits in, but early on in our due diligence investigation into Goldberg & his company, Michael Goldberg had his accountant (Legowski and Associates, Ltd of Farmington, CT) provide us with his company's most recent balance sheet. The balance sheet showed a net worth of between $18-19M.