# SCHEDULE A

SCHEDULE A

*(Contract One: AUG II, LLC - SWINERTON)*

| | CLOSING | INVESTED |
|---|---|---|
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elain Stein, Co-Trustees) | 10/29/2008 | $1,135,000.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein & Robert Stein, Co-Trustees) | 10/29/2008 | $500,000.00 |
| Stuart Cohen | 10/29/2008 | $350,000.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | 10/29/2008 | $320,000.00 |
| Dixie Plumbing Service, Inc. | 10/29/2008 | $250,000.00 |
| Hyatt Family Limited Partnership | 10/29/2008 | $250,000.00 |
| Jay Marmer | 10/29/2008 | $200,000.00 |
| Jeffrey Stein | 10/29/2008 | $120,000.00 |
| Lewis Slayton | 10/29/2008 | $120,000.00 |
| Charles Weeder | 10/29/2008 | $100,000.00 |
| Jay Marmer & Shirley Marmer | 10/29/2008 | $100,000.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | 10/29/2008 | $100,000.00 |
| Baystate Capital, LLC | 10/29/2008 | $50,000.00 |
| Gary Slayton | 10/29/2008 | $50,000.00 |
| Mark Marmer | 10/29/2008 | $50,000.00 |
| Michael Stein | 10/29/2008 | $50,000.00 |
| Robert Klein | 10/29/2008 | $50,000.00 |
| Stefani Marmer | 10/29/2008 | $50,000.00 |
| Jeremy Marmer | 10/29/2008 | $30,000.00 |
| Elaine Stein, Trustee (Paul Slayton Trust) | 10/29/2008 | $25,000.00 |
| Gayle Brown | 10/29/2008 | $20,000.00 |
| **Total Invested for AUG II, LLC - SWINERTON 10/29/2008 Contract** | | **$3,920,000.00** |