# SCHEDULE C

SCHEDULE C

| *(Contract Two: AUG II, LLC - SWINERTON)* | *CLOSING* | *INVESTED* |
|---|---|---|
| Baystate Capital, LLC | 1/29/2009 | $50,000.00 |
| Charles Weeder | 1/29/2009 | $100,000.00 |
| Dixie Plumbing Service, Inc. | 1/29/2009 | $250,000.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1999 (Elaine Stein & Robert Stein, Co-Trustees) | 1/29/2009 | $500,000.00 |
| Elaine Stein, Trustee (Paul Slayton Trust) | 1/29/2009 | $25,000.00 |
| Gary Slayton | 1/29/2009 | $50,000.00 |
| Gayle Brown | 1/29/2009 | $20,000.00 |
| Hyatt Family Limited Partnership | 1/29/2009 | $250,000.00 |
| Jay Marmer & Shirley Marmer | 1/29/2009 | $100,000.00 |
| Jeffrey Stein | 1/29/2009 | $120,000.00 |
| Jeremy Marmer | 1/29/2009 | $30,000.00 |
| Lewis Slayton | 1/29/2009 | $120,000.00 |
| Mark Marmer | 1/29/2009 | $50,000.00 |
| Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | 1/29/2009 | $570,000.00 |
| Michael Stein | 1/29/2009 | $50,000.00 |
| Peter Carbone, Trustee, Peter P. Carbone Trust dated 1992 | 1/29/2009 | $100,000.00 |
| Robert Klein | 1/29/2009 | $50,000.00 |
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elain Stein, Co-Trustees) | 1/29/2009 | $940,000.00 |
| Stuart Cohen | 1/29/2009 | $350,000.00 |

*Total Invested for AUG II, LLC - SWINERTON 1/29/2009 Contract*  **$3,725,000.00**