# SCHEDULE E

## SCHEDULE E
### (Transferred "Profits")

| Name | Contract 2: AUG II, LLC Date | Contract 2: AUG II, LLC Amount | Contract 3: AUG, LLC Date | Contract 3: AUG, LLC Amount |
|---|---|---|---|---|
| AUG Partners, LLC | 5/11/2009 | $46,900.00 | 5/6/2009 | $73,350.00 |
| B. James Doerksen | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Baystate Capital, LLC | 5/11/2009 | $6,000.00 | 5/6/2009 | $600.00 |
| Bruce J. Etkin Revocable Living Trust | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Cat's Paw Trust | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Charles Weeder | 5/11/2009 | $7,500.00 | 5/6/2009 | $0.00 |
| Deborah Yalowitz Haile & Howard McDonald Haile | 5/11/2009 | $0.00 | 5/6/2009 | $11,250.00 |
| Dixie Plumbing Service, Inc. | 5/11/2009 | $18,750.00 | 5/6/2009 | $22,500.00 |
| Edward B. Caudill | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Edward Harwood | 5/11/2009 | $0.00 | 5/6/2009 | $4,800.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein & Robert Stein, Co-Trustees) | 5/11/2009 | $60,000.00 | 5/6/2009 | $0.00 |
| Elaine Stein, Trustee (Paul Slayton Trust) | 5/11/2009 | $3,000.00 | 5/6/2009 | $0.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | 5/11/2009 | $24,000.00 | 5/6/2009 | $0.00 |
| Financial Security Services, L.L.C. | 5/11/2009 | $13,400.00 | 5/6/2009 | $31,000.00 |
| Gary Slayton | 5/11/2009 | $6,000.00 | 5/6/2009 | $0.00 |
| Gayle Brown | 5/11/2009 | $2,400.00 | 5/6/2009 | $0.00 |
| Gilbert E. Hyatt, IV | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 |
| Haley Family Limited Partnership | 5/11/2009 | $18,750.00 | 5/6/2009 | $0.00 |
| Hyatt Family Limited Partnership | 5/11/2009 | $0.00 | 5/6/2009 | $22,725.00 |
| Jason Lieblich | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Jay Marmer & Shirley Marmer | 5/11/2009 | $7,500.00 | 5/6/2009 | $0.00 |
| Jay Marmer | 5/11/2009 | $15,000.00 | 5/6/2009 | $30,000.00 |
| Jeffrey Chizmas | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 |
| Jeffrey Stein | 5/11/2009 | $14,400.00 | 5/6/2009 | $0.00 |
| Jeremy Marmer | 5/11/2009 | $3,600.00 | 5/6/2009 | $0.00 |
| Jeffrey D. Webster | 5/11/2009 | $0.00 | 5/6/2009 | $5,625.00 |
| Jess D. Kravitz | 5/11/2009 | $0.00 | 5/6/2009 | $11,250.00 |
| Joshua Marmer & Tovah Marmer | 5/11/2009 | $0.00 | 5/6/2009 | $2,750.00 |
| Kirk Elyakin & Merilyn Elyakin | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Leon Hoffman (Debra Hoffman, Trustee) | 5/11/2009 | $0.00 | 6/29/2009 | $15,000.00 |
| Lewis Slayton | 5/11/2009 | $14,400.00 | 5/6/2009 | $0.00 |
| Marcus Family Partnership | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 |
| Mark Marmer | 5/11/2009 | $6,000.00 | 5/6/2009 | $0.00 |
| Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | 5/11/2009 | $42,750.00 | 5/6/2009 | $0.00 |
| Matthew Greer | 5/11/2009 | $0.00 | 5/6/2009 | $5,400.00 |
| Michael Stein | 5/11/2009 | $6,000.00 | 5/6/2009 | $0.00 |
| N. Louis Shipley | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | 5/11/2009 | $7,500.00 | 5/6/2009 | $0.00 |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 |
| Richard Kadingo & Jill Kadingo | 5/11/2009 | $0.00 | 5/6/2009 | $11,250.00 |
| Robert H. Fier | 5/11/2009 | $0.00 | 5/6/2009 | $15,000.00 |
| Robert Jerome & Nancy Adelis | 5/11/2009 | $5,000.00 | 5/6/2009 | $7,500.00 |
| Robert Klein | 5/11/2009 | $6,000.00 | 5/6/2009 | $2,750.00 |
| Robert Stein | 5/11/2009 | $0.00 | 5/6/2009 | $250.00 |
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elain Stein, Co-Trustees) | 5/11/2009 | $112,800.00 | 5/6/2009 | $0.00 |
| Strategem Associates, Inc. | 5/11/2009 | $12,000.00 | 5/6/2009 | $11,500.00 |
| Stuart Cohen | 5/11/2009 | $26,250.00 | 5/6/2009 | $0.00 |
| Sidney Richman** | 5/11/2009 | $0.00 | 5/6/2009 | $22,500.00 |
| Thomas C. Almy | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 |
| Thomas J. Ryan Investment Brokers, Inc. | 5/11/2009 | $12,000.00 | 5/6/2009 | $13,324.50 |
| Stefani Marmer | 5/11/2009 | 3,750.00 | 5/6/2009 | $0.00 |
| **Total "Profits" Transferred** | | **$501,650.00** | | **$387,824.50** |

**Debtor transferred Sidney Richman's Capital of $300,000.00 to him on 5/6/2009