# SCHEDULE G

**SCHEDULE G**

*(Contract 5: AUG, LLC - HAMILTON SUNDSTRAND)*

| | CLOSING | INVESTED |
|---|---|---|
| B. James Doerksen | 5/13/2009 | $50,000.00 |
| Bruce J. Etkin Revocable Living Trust | 5/13/2009 | $50,000.00 |
| Cat's Paw Trust | 5/13/2009 | $50,000.00 |
| Deborah Yalowitz Haile & Howard McDonald Haile | 5/13/2009 | $150,000.00 |
| Dixie Plumbing Service, Inc. | 5/13/2009 | $400,000.00 |
| Edward B. Caudill | 5/13/2009 | $50,000.00 |
| Edward Harwood | 5/13/2009 | $50,000.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | 5/13/2009 | $100,000.00 |
| Gilbert E. Hyatt, IV | 5/13/2009 | $200,000.00 |
| Haley Family Limited Partnership | 5/13/2009 | $100,000.00 |
| Hyatt Family Limited Partnership | 5/13/2009 | $303,000.00 |
| Jason Lieblich | 5/13/2009 | $50,000.00 |
| Jeffrey Chizmas | 5/13/2009 | $100,000.00 |
| Jeffrey D. Webster | 5/13/2009 | $75,000.00 |
| Jess D. Kravitz | 5/13/2009 | $150,000.00 |
| Joshua Marmer & Tovah Marmer | 5/13/2009 | $25,000.00 |
| Kirk Elyakin & Merilyn Elyakin | 5/13/2009 | $50,000.00 |
| Leon Hoffman (Debra Hoffman, Trustee) | 5/13/2009 | $200,000.00 |
| Marcus Family Partnership | 5/13/2009 | $100,000.00 |
| Matthew Greer | 5/13/2009 | $72,000.00 |
| Michael Stein | 5/13/2009 | $50,000.00 |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | 5/13/2009 | $100,000.00 |
| Richard Kadingo & Jill Kadingo | 5/13/2009 | $150,000.00 |
| Robert H. Fier | 5/13/2009 | $200,000.00 |
| Robert Jerome & Nancy Adelis | 5/13/2009 | $100,000.00 |
| Robert Klein | 5/13/2009 | $25,000.00 |
| Thomas C. Almy | 5/13/2009 | $50,000.00 |

*Total Invested for AUG I, LLC - HAMILTON SUNDSTRAND 5/13/2009 Contract* — **$3,000,000.00**