# SCHEDULE H

**SCHEDULE H**

| *(Contract 6: AUG, LLC - BECHTEL)* | *CLOSING* | *INVESTED* |
|---|---|---|
| Barry Gorsun | 5/13/2009 | $50,000.00 |
| Bruce J. Etkin Revocable Living Trust | 5/13/2009 | $50,000.00 |
| Cat's Paw Trust | 5/13/2009 | $50,000.00 |
| Elaine Stein | 5/13/2009 | $60,000.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | 5/13/2009 | $50,000.00 |
| Gilbert E. Hyatt, IV | 5/13/2009 | $10,000.00 |
| Haley Family Limited Partnership | 5/13/2009 | $110,000.00 |
| Hyatt Family Limited Partnership | 5/13/2009 | $447,000.00 |
| Jeffrey Chizmas | 5/13/2009 | $50,000.00 |
| Jeffrey Stein | 5/13/2009 | $35,000.00 |
| Jeremy Marmer | 5/13/2009 | $30,000.00 |
| Leon Hoffman (Debra Hoffman, Trustee) | 5/13/2009 | $100,000.00 |
| Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | 5/13/2009 | $100,000.00 |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | 5/13/2009 | $50,000.00 |
| Richard Kadingo & Jill Kadingo | 5/13/2009 | $400,000.00 |
| Robert H. Fier | 5/13/2009 | $200,000.00 |
| Robert Jerome & Nancy Adelis | 5/13/2009 | $100,000.00 |
| Robert Stein | 5/13/2009 | $112,800.00 |
| Stuart Cohen IRA (Morgan Stanley, Custodian) | 5/13/2009 | $150,000.00 |
| Thomas C. Almy | 5/13/2009 | $30,000.00 |
| *Total Invested for AUG I, LLC - BECHTEL 5/13/2009 Contract* | | **$2,184,800.00** |