# SCHEDULE I

# SCHEDULE I
*(Capital "Profits" & Fees Transferred)*

| | Contract 4: AUG II, LLC | | Contract 5: AUG, LLC | | Contract 6: AUG, LLC | |
|---|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | Date | Amount |
| AUG Partners, LLC | 8/28/2009 | $51,000.00 | 8/28/2009 | $73,250.00 | 8/28/2009 | $48,025.00 |
| B. James Duerksen | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $6,000.00 |
| Barry Gorsun | 8/28/2009 | $0.00 | 8/28/2009 | $1,000.00 | 8/28/2009 | $0.00 |
| Baystate Capital, LLC | 8/28/2009 | $6,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Bruce J. Etkin Revocable Living Trust | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $7,500.00 |
| Cat's Paw Trust | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 |
| Charles Wieder | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Deborah Yelowitz Haile & Howard McDonald Haile | 8/28/2009 | $0.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $0.00 |
| Dixie Plumbing Service, Inc. | 8/28/2009 | $0.00 | 8/28/2009 | $151,250.00 | 8/28/2009 | $0.00 |
| Edward B. Caudill | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 |
| Edward Harwood | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 |
| Elaine Stein | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $96,768.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein & Robert Stein, Co-Trustees) | 8/28/2009 | $60,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Elaine Stein, Trustee (Paul Slayton Trust) | 8/28/2009 | $2,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | 8/28/2009 | $27,750.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $7,500.00 |
| Financial Security Services, L.L.C. | 8/28/2009 | $13,400.00 | 8/28/2009 | $38,000.00 | 8/28/2009 | $2,000.00 |
| Gary Slayton | 8/28/2009 | $5,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Gayle Brown | 8/28/2009 | $2,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Gilbert E. Hyatt, IV | 8/28/2009 | $0.00 | 8/28/2009 | $18,250.00 | 8/28/2009 | $750.00 |
| Haley Family Limited Partnership | 8/28/2009 | $0.00 | 8/28/2009 | $10,000.00 | 8/28/2009 | $8,250.00 |
| Hyatt Family Limited Partnership | 8/28/2009 | $18,750.00 | 8/28/2009 | $75,000.00 | 8/28/2009 | $33,325.00 |
| Jason Lieblich | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 |
| Jay Marmer & Shirley Marmer | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Jay Marmer | 8/28/2009 | $0.00 | 8/28/2009 | $24,000.00 | 8/28/2009 | $17,600.00 |
| Jeffrey Chornas | 8/28/2009 | $0.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 |
| Jeffrey D. Webster | 8/28/2009 | $0.00 | 8/28/2009 | $5,625.00 | 8/28/2009 | $3,750.00 |
| Jeffrey Stein | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,000.00 |
| Jeremy Marmer | 8/28/2009 | $14,400.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Jess D. Keavitz | 8/28/2009 | $6,000.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $4,200.00 |
| Joshua Marmer & Tovah Marmer | 8/28/2009 | $0.00 | 8/28/2009 | $2,500.00 | 8/28/2009 | $0.00 |
| Kirk Elyakin & Merilyn Elyakin | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 |
| Leon Hoffman (Debra Hoffman, Trustee) | 8/28/2009 | $0.00 | 8/28/2009 | $15,000.00 | 8/28/2009 | $7,500.00 |
| Lewis Slayton | 8/28/2009 | $12,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Marcus Family Partnership | 8/28/2009 | $3,000.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 |
| Mark Marmer | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | 8/28/2009 | $6,000.00 | 8/28/2009 | $5,400.00 | 8/28/2009 | $7,500.00 |
| Matthew Greer | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Michael Stein | 8/28/2009 | $7,500.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 |
| N. Louis Shirley | 8/28/2009 | $0.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | 8/28/2009 | $0.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $3,750.00 |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | 8/28/2009 | $15,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $30,000.00 |
| Richard Kadingo & Jill Kadingo | 8/28/2009 | $0.00 | 8/28/2009 | $15,000.00 | 8/28/2009 | $15,000.00 |
| Robert H. Fier | 8/28/2009 | $5,000.00 | 8/28/2009 | $2,500.00 | 8/28/2009 | $7,500.00 |
| Robert Jerome & Nancy Addis | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Robert Klein | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $96,768.00 |
| Robert Stein | 8/28/2009 | $112,800.00 | 8/28/2009 | $18,500.00 | 8/28/2009 | $7,000.00 |
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elain Stein, Co-Trustees) | 8/28/2009 | $7,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 |
| Stratagem Associates, Inc. | 8/28/2009 | $26,250.00 | 8/28/2009 | $0.00 | 8/28/2009 | $11,250.00 |
| Stuart Cohen | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $2,250.00 |
| Stuart Cohen IRA (Morgan Stanley, Custodian) | 8/28/2009 | $3,750.00 | 8/28/2009 | $2,250.00 | 8/28/2009 | $11,340.00 |
| Thomas C. Almy | 8/28/2009 | | 8/28/2009 | $15,500.00 | 8/28/2009 | |
| Thomas J. Ryan Investment Brokers, Inc. | 8/28/2009 | $0.00 | 8/28/2009 | | 8/28/2009 | |
| **Total Capital "Profits" & Fees Transferred** | | **$442,000.00** | | **$360,000.00** | | **$442,476.00** |