# SCHEDULE J

**SCHEDULE J**
*(Capital "Profits" & Fees Transferred)*

| Name | Contract 1: AUG II, LLC Date | Amount | Contract 2: AUG II, LLC Date | Amount | Contract 3: AUG, LLC Date | Amount | Contract 4: AUG, LLC Date | Amount | Contract 5: AUG, LLC Date | Amount | Contract 6: AUG, LLC Date | Amount | Final Distribution Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG Partners, LLC | 1/28/2009 | $45,000.00 | 5/11/2009 | $46,900.00 | 5/6/2009 | $73,350.00 | 8/28/2009 | $51,900.00 | 8/28/2009 | $48,025.00 | 8/28/2009 | $48,025.00 | 9/10/2009 | $0.00 |
| Barry Gorsun | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| B. James Doerhsen | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $6,000.00 | 9/10/2009 | $50,000.00 |
| Baystate Capital, LLC | 1/28/2009 | $88.00 | 5/11/2009 | $6,000.00 | 5/6/2009 | $600.00 | 8/28/2009 | $6,000.00 | 8/28/2009 | $1,000.00 | 8/28/2009 | $0.00 | 9/10/2009 | $100,000.00 |
| Bruce J. Etkin Revocable Living Trust | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $7,500.00 | 9/10/2009 | $100,000.00 |
| Cat's Paw Trust | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $3,750.00 | 9/10/2009 | $100,000.00 |
| Charles Weeder | 1/28/2009 | $7,500.00 | 5/11/2009 | $7,500.00 | 5/6/2009 | $0.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $150,000.00 |
| Deborah Yalowitz Haile & Howard McDonald Haile | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $11,250.00 | 8/28/2009 | $0.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $0.00 | 9/10/2009 | $100,000.00 |
| Dixie Plumbing Service, Inc. | 1/28/2009 | $18,750.00 | 5/11/2009 | $18,750.00 | 5/6/2009 | $22,500.00 | 8/28/2009 | $18,750.00 | 8/28/2009 | $32,500.00 | 8/28/2009 | $0.00 | 9/10/2009 | $550,000.00 |
| Edward B. Cantiff | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| Edward Harwood | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $4,890.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| Elaine Stein | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $96,768.00 | 9/10/2009 | $560,000.00 |
| Elaine Stein 1992 Revocable Trust U/A dated 01/06/1992 (Elaine Stein & Robert Stein, Co-Trustees) | 1/28/2009 | $60,000.00 | 5/11/2009 | $60,000.00 | 5/6/2009 | $0.00 | 8/28/2009 | $60,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $0.00 |
| Elaine Stein, Trustee (Paul Slayton Trust) | 1/28/2009 | $3,000.00 | 5/11/2009 | $3,000.00 | 5/6/2009 | $0.00 | 8/28/2009 | $2,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $25,000.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Steven E. Marcus (Jay Marmer, Trustee) | 1/28/2009 | $9,000.00 | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $7,500.00 | 9/10/2009 | $420,000.00 |
| Financial Security Services, L.L.C. | 1/28/2009 | $13,400.00 | 5/11/2009 | $13,400.00 | 5/6/2009 | $31,000.00 | 8/28/2009 | $13,400.00 | 8/28/2009 | $0.00 | 8/28/2009 | $2,000.00 | 9/10/2009 | $0.00 |
| Financial Security Services Defined Benefit Plan, F/B/O Jay Marmer (Jay Marmer, Trustee) | 1/28/2009 | $24,000.00 | 5/11/2009 | $24,000.00 | 5/6/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $150,000.00 |
| Gary Slayton | 1/28/2009 | $6,000.00 | 5/11/2009 | $6,000.00 | 5/6/2009 | $0.00 | 8/28/2009 | $5,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| Gayle Brown | 1/28/2009 | $2,400.00 | 5/11/2009 | $2,400.00 | 5/6/2009 | $0.00 | 8/28/2009 | $2,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $20,000.00 |
| Gilbert E. Hyatt, IV | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $17,500.00 | 8/28/2009 | $750.00 | 9/10/2009 | $210,000.00 |
| Haley Family Limited Partnership | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $0.00 | 8/28/2009 | $0.00 | 8/28/2009 | $10,000.00 | 8/28/2009 | $8,250.00 | 9/10/2009 | $1,000,000.00 |
| Hyatt Family Limited Partnership | 1/28/2009 | $18,750.00 | 5/11/2009 | $18,750.00 | 5/6/2009 | $22,725.00 | 8/28/2009 | $18,750.00 | 8/28/2009 | $22,725.00 | 8/28/2009 | $33,525.00 | 9/10/2009 | $100,000.00 |
| Jason Liebfich | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| Jay Marmer & Shirley Marmer | 1/28/2009 | $12,000.00 | 5/11/2009 | $12,000.00 | 5/6/2009 | $30,000.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $17,600.00 | 9/10/2009 | $100,000.00 |
| Jay Marmer | 1/28/2009 | $15,000.00 | 5/11/2009 | $15,000.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $0.00 | 8/28/2009 | $24,000.00 | 8/28/2009 | $3,750.00 | 9/10/2009 | $0.00 |
| Jeffrey Chizmas | 1/28/2009 | $14,400.00 | 5/11/2009 | $14,400.00 | 5/6/2009 | $0.00 | 8/28/2009 | $5,000.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $3,750.00 | 9/10/2009 | $150,000.00 |
| Jeffrey Stein | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $5,400.00 | 8/28/2009 | $42,750.00 | 8/28/2009 | $5,625.00 | 8/28/2009 | $0.00 | 9/10/2009 | $155,000.00 |
| Jeremy Marmer | 1/28/2009 | $3,600.00 | 5/11/2009 | $3,600.00 | 5/6/2009 | $0.00 | 8/28/2009 | $14,400.00 | 8/28/2009 | $0.00 | 8/28/2009 | $4,200.00 | 9/10/2009 | $60,000.00 |
| Jeffrey D. Webster | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $5,625.00 | 8/28/2009 | $3,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,000.00 | 9/10/2009 | $75,000.00 |
| Jess D. Kawitz | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $11,250.00 | 8/28/2009 | $0.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $0.00 | 9/10/2009 | $150,000.00 |
| Joshua Marmer & Tovah Marmer | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $2,750.00 | 8/28/2009 | $0.00 | 8/28/2009 | $2,500.00 | 8/28/2009 | $0.00 | 9/10/2009 | $25,000.00 |
| Kirk Elyakin & Merilyn Elyakin | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $0.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| Leon Hoffman (Debra Hoffman, Trustee) | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $15,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $15,000.00 | 8/28/2009 | $57,500.00 | 9/10/2009 | $300,000.00 |
| Lewis Slayton | 1/28/2009 | $14,400.00 | 5/11/2009 | $14,400.00 | 5/6/2009 | $0.00 | 8/28/2009 | $12,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $120,000.00 |
| Marcus Family Partnership | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $5,000.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $0.00 | 9/10/2009 | $100,000.00 |
| Mark Marmer | 1/28/2009 | $6,000.00 | 5/11/2009 | $6,000.00 | 5/6/2009 | $0.00 | 8/28/2009 | $5,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 9/10/2009 | $50,000.00 |
| Marmer Family Trust (Jay Marmer & Stefani Marmer, Co-Trustees) | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $11,250.00 | 8/28/2009 | $42,750.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $30,000.00 | 9/10/2009 | $300,000.00 |
| Matthew Greer | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $5,400.00 | 8/28/2009 | $6,000.00 | 8/28/2009 | $5,400.00 | 8/28/2009 | $15,000.00 | 9/10/2009 | $72,000.00 |
| Michael Stein | 1/28/2009 | $6,000.00 | 5/11/2009 | $6,000.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $6,000.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $7,500.00 | 9/10/2009 | $50,000.00 |
| N. Louis Shipley | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $5,000.00 | 8/28/2009 | $2,500.00 | 8/28/2009 | $0.00 | 9/10/2009 | $100,000.00 |
| Peter Carbone, Trustee (Peter P. Carbone Trust dated 1992) | 1/28/2009 | $7,500.00 | 5/11/2009 | $7,500.00 | 5/6/2009 | $250.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $96,768.00 | 9/10/2009 | $0.00 |
| Property Administration Specialists 401k Plan, F/B/O Elliot D. Pollack (Elliot D. Pollack, Trustee) | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $112,800.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $3,750.00 | 9/10/2009 | $150,000.00 |
| Richard Kadingo & Jill Kadingo | 1/28/2009 | $218,551.00 | 5/11/2009 | $112,800.00 | 5/6/2009 | $11,250.00 | 8/28/2009 | $0.00 | 8/28/2009 | $11,250.00 | 8/28/2009 | $30,000.00 | 9/10/2009 | $550,000.00 |
| Robert H. Fier | 1/28/2009 | $6,000.00 | 5/11/2009 | $3,750.00 | 5/6/2009 | $15,000.00 | 8/28/2009 | $0.00 | 8/28/2009 | $15,000.00 | 8/28/2009 | $15,000.00 | 9/10/2009 | $400,000.00 |
| Robert Jerome & Nancy Adelis | 1/28/2009 | $7,000.00 | 5/11/2009 | $12,000.00 | 5/6/2009 | $11,500.00 | 8/28/2009 | $7,000.00 | 8/28/2009 | $11,500.00 | 8/28/2009 | $7,000.00 | 9/10/2009 | $200,000.00 |
| Robert Klein | 1/28/2009 | $26,250.00 | 5/11/2009 | $26,250.00 | 5/6/2009 | $7,500.00 | 8/28/2009 | $26,250.00 | 8/28/2009 | $7,500.00 | 8/28/2009 | $7,500.00 | 9/10/2009 | $75,000.00 |
| Robert Stein | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $2,750.00 | 8/28/2009 | $5,000.00 | 8/28/2009 | $2,500.00 | 8/28/2009 | $11,250.00 | 9/10/2009 | $0.00 |
| Robert Stein Revocable Trust U/A dated 01/06/1992 (Robert Stein & Elaine Stein, Co-Trustees)* | 1/28/2009 | $6,000.00 | 5/11/2009 | $6,000.00 | 5/6/2009 | $322,500.00 | 8/28/2009 | $112,800.00 | 8/28/2009 | $0.00 | 8/28/2009 | $0.00 | 5/6/2009 | $1,052,800.00 |
| Stefani Marmer | 1/28/2009 | $0.00 | 5/11/2009 | $0.00 | 5/6/2009 | $3,750.00 | 8/28/2009 | $12,000.00 | 8/28/2009 | $3,750.00 | 8/28/2009 | $2,250.00 | 9/10/2009 | $80,000.00 |
| Strategem Associates, Inc. | 1/28/2009 | $12,000.00 | 5/11/2009 | $12,000.00 | 5/6/2009 | $13,324.00 | 8/28/2009 | $0.00 | 8/28/2009 | $15,500.00 | 8/28/2009 | $11,340.00 | 9/10/2009 | $0.00 |
| Stuart Cohen | | | | | | | | | | | | | | |
| Sidney Cohen IRA (Morgan Stanley, Custodian) | | | | | | | | | | | | | | |
| Sidney Richman** | | | | | | | | | | | | | | |
| Thomas C. Almy | | | | | | | | | | | | | | |
| Thomas J. Ryan Investment Brokers, Inc. | | | | | | | | | | | | | | |
| **Total Capital "Profits" & Fees Transferred** | | **$562,589.00** | | **$501,650.00** | | **$687,824.00** | | **$447,000.00** | | **$360,000.00** | | **$442,476.00** | | **$8,859,800.00** |

**Total Amounts   $11,861,339.00**

*Debtor transferred Robert Stein Revocable Trust U/A dated 01/06/1992 Capital of $195,000.00 to the trust on 3/10/2009.
**Debtor transferred Sidney Richmond's Capital of $300,000.00 to him on 5/6/2009