**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| In re:<br><br>MICHAEL S. GOLDBERG, LLC<br>MICHAEL S. GOLDBERG<br><br>            Debtors.<br><br><br>JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE ESTATES OF MICHAEL S. GOLDBERG, LLC, and MICHAEL S. GOLDBERG<br><br>            Plaintiff,<br>v.<br><br>STUART J. COHEN, et al.<br><br><br><br>            Defendants. | ) Chapter 7<br>)<br>) Case No. 09-23370 (ASD)<br>)         09-23371 (ASD)<br>)<br>) Jointly Administered Under<br>) Case No. 09-23370<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Adv. Pro. No. 11-02013<br>)<br>)<br>)<br>|

**ORDER OF ATTACHMENT/GARNISHMENT
CONCERNING AUG PARTNERS, LLC**

Upon the Motion of Chapter 7 Trustee, James Berman ("Trustee"), pursuant to Fed. R. Civ. P. 64, Fed. R. Bankr. P. 7064, D. Conn. L. R. Civ. P. 4(c) and Conn. Gen. Stat. § 52-278d and § 52-278c, et. seq., together with the Affidavit of James Berman, and upon due notice and consideration, it is found that probable cause exists that a judgment, taking into account any known defenses, counterclaims or set-offs, will be rendered in the

matter in favor of the Trustee and against defendants, AUG Partners, LLC, in the amount of $338,425.00, and said Motion should be granted.

NOW, THEREFORE, it is hereby ordered that the United States Marshal's Service or Special Deputy United States Marshal are authorized to:

a. Attach sufficient property and/or assets of the defendants, AUG Partners, LLC, to secure such sum, including but not limited to, any and all real property, personal property, receivables, inventory, equipment, machinery, tools, furniture, supplies, stamps, coins, firearms collections(s) or other collectibles, and any other real and personal property of AUG Partners, LLC, wherever located;

b. Garnish any and all debt(s) due AUG Partners, LLC from any such other individual(s), employer(s), partnership(s), corporation(s), bank(s), financial institution(s), and/or other entities, as may be disclosed in response to the Motion for Disclosure of Assets filed along herewith (or otherwise), as they may have in their possession/control any property and/or debt that is owed to AUG Partners, LLC to secure such sum;

c. Attach and/or Garnish any and all bank accounts of AUG Partners, LLC, wherever located, to secure such sum; and

      d.      Attach and/or Garnish any interest in, and/or distributions due AUG Partners, LLC, in whatever form, by virtue of their membership in any organization and/or company.

**IT IS FURTHER ORDERED** that Trustee shall not be required to post a bond.

      BY THE COURT

      _____
      Albert S. Dabrowski
      United States Bankruptcy Judge