**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 ) ) Case No. 09-23370 (ASD) |
| MICHAEL S. GOLDBERG, LLC | )            09-23371 (ASD) |
| MICHAEL S. GOLDBERG | ) ) Jointly Administered Under |
| Debtors. | ) Case No. 09-23370 ) |
| | ) |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE ESTATES OF MICHAEL S. GOLDBERG, LLC, and MICHAEL S. GOLDBERG | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| STUART J. COHEN, et al. | ) Adv. Pro. No. 11-02013 ) ) ) |
| Defendants. | |

**ORDER OF ATTACHMENT/GARNISHMENT**
**CONCERNING GARY SLAYTON**

Upon the Motion of Chapter 7 Trustee, James Berman ("Trustee"), pursuant to Fed. R. Civ. P. 64, Fed. R. Bankr. P. 7064, D. Conn. L. R. Civ. P. 4(c) and Conn. Gen. Stat. § 52-278d and § 52-278c, et. seq., together with the Affidavit of James Berman, and upon due notice and consideration, it is found that probable cause exists that a judgment, taking into account any known defenses, counterclaims or set-offs, will be rendered in the

matter in favor of the Trustee and against defendant, Gary Slayton, in the amount of $67,000.00, and said Motion should be granted.

NOW, THEREFORE, it is hereby ordered that the United States Marshal's Service or Special Deputy United States Marshal are authorized to:

a. Attach sufficient property and/or assets of the defendant, Gary Slayton, to secure such sum, including but not limited to, any and all real property, personal property, receivables, inventory, equipment, machinery, tools, furniture, supplies, stamps, coins, firearms collections(s) or other collectibles, and any other real and personal property of Gary Slayton, wherever located;

b. Garnish any and all debt(s) due Gary Slayton from any such other individual(s), employer(s), partnership(s), corporation(s), bank(s), financial institution(s), and/or other entities, as may be disclosed in response to the Motion for Disclosure of Assets filed along herewith (or otherwise), as they may have in their possession/control any property and/or debt that is owed to Gary Slayton to secure such sum;

c. Attach and/or Garnish any and all bank accounts of Gary Slayton, wherever located, to secure such sum; and

    d.       Attach and/or Garnish any interest in, and/or distributions due Gary Slayton, in whatever form, by virtue of their membership in any organization and/or company.

**IT IS FURTHER ORDERED** that Trustee shall not be required to post a bond.

           BY THE COURT

           _____
           Albert S. Dabrowski
           United States Bankruptcy Judge