5/11/11

Please make an address correction for Gary Slayton, a creditor in Adversary 11-2013.

was: 108 Britton St
     Chicopee, MA 01020

is:  82 Outer Dr.
     Chicopee, MA 01022

Thank you.

Respectfully,

Gary Slayton