UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

|  |  |
|---|---|
| In re: | CHAPTER 7 |
| MICHAEL S. GOLDBERG, LLC and | CASE NO.  09-23370 (ASD) |
| MICHAEL S. GOLDBERG | 09-23371 (ASD) |
|  | Jointly Administered Under |
| Debtors. | CASE NO. 09-23370 |
|  |  |
| JAMES BERMAN, CHAPTER 7 TRUSTEE FOR THE ESTATES OF MICHAEL S. GOLDBERG, LLC AND MICHAEL S. GOLDBERG | Adv. Pro. No. 11-02013 (ASD) |
| Plaintiff, |  |
| vs. |  |
| AUG, LLC, ET AL. |  |
| Defendants. |  |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this proceeding for:

**Defendant, Gary H. Slayton; and
Defendant, Lewis Slayton**

Dated: July 11, 2011

/s/Douglas S. Skalka
Douglas S. Skalka (ct00616)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
Telephone 203.821.2000
Email: dskalka@npmlaw.com